IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:18-cv-1046

| | | |
|---|---|---|
| Hui Minn Lee, <br> *Plaintiff*, | ) <br> ) <br> ) <br> ) | |
| vs. | ) <br> ) <br> ) | *Affidavit of Service* |
| Market America, Inc., <br> *Defendant*. | ) <br> ) | |

---

The undersigned, being first duly sworn, deposes and says as follows:

(1) I am Attorney of Record for the Plaintiff in the above-captioned action.

(2) On March 25, 2019, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I served a copy of the Plaintiff's Summons, Complaint and Amended Complaint upon the Defendant, by certified mail, return receipt requested.

(3) Service was completed on March 27, 2019, as shown by the original domestic return receipt number 7015 0640 0001 4412 7079, attached hereto as Exhibit A.

This the 3rd day of April, 2019.

Gray Newell Thomas, LLP

BY: /s/ Angela Gray
Angela Gray
7 Corporate Center Court, Suite B
Greensboro, NC 27408

SWORN AND SUBSCRIBED before me this the 3 day of April, 2019.

_____
Notary Public

Andrew Parks Carter
NOTARY PUBLIC
Guilford County, NC
My Commission Expires March 12, 2024

My Commission Expires: March 12, 2024

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Market America, Inc.
   c/o Marc Ashley, Registered Agent
   1302 Pleasant Ridge Road
   Greensboro, NC 27409-9415

   9590 9402 3209 7166 3994 03

2. Article Number (Transfer from service label)

   7015 0640 0001 4412 7079

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Derrick Bennett
C. Date of Delivery: 3-27-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery over $500
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt