IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HUI MINN LEE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:18-cv-1046 |
| MARKET AMERICA, INC., | ) |
| Defendant. | ) |

## **NOTICE OF APPEARANCE**

COMES NOW the Law Firm of Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C., by Camilla F. DeBoard, Attorney, and hereby gives notice of appearance on behalf of Defendant Market America, Inc. in the above-captioned matter.

Respectfully submitted this the 11th day of May, 2020.

/s/Camilla F. DeBoard
Camilla F. DeBoard
Attorney for Defendant
NC Bar No. 41265

OF COUNSEL:

Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
Telephone: (336) 272-4810
Facsimile: (336) 272-2448
E-mail: cfd@trslaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the date noted below, I electronically filed the Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Angela N. Gray
Gray Newell Thomas, LLP
7 Corporate Center Ct, Ste. B
Greensboro, NC 27408
Email: angela@graynewell.com


Theresa M. Sprain
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
PO Box 831
Raleigh, NC 27601
Email: Theresa.Sprain@wbd-us.com

This the 11th day of May, 2020.

                                                /s/Camilla F. DeBoard
                                                Camilla F. DeBoard
                                                Attorney for Defendant
                                                NC Bar No. 41265


OF COUNSEL:

Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
Telephone: (336) 272-4810
Facsimile: (336) 272-2448
E-mail: cfd@trslaw.com