IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HUI MINN LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:18-cv-1046 |
| ) | |
| MARKET AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S NOTICE OF INTENT TO FILE DISPOSITIVE MOTION**

COMES NOW, Defendant Market America, Inc., by and through its undersigned counsel, and pursuant to Local Rule 56.1(a), and hereby gives notice of its intent to file a dispositive motion in this matter within fourteen (14) days of the close of discovery.

Respectfully submitted this the 11th day of May 2021.

/s/Camilla F. DeBoard
Camilla F. DeBoard
Attorney for Defendant
NC Bar No. 41265

OF COUNSEL:

Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC  27402-1898
Telephone:  (336) 272-4810
Facsimile:  (336) 272-2448
E-mail: cfd@trslaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the date noted below, I electronically filed the foregoing Notice of Intent to File Dispositive Motion with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Angela N. Gray
Gray Newell Thomas, LLP
7 Corporate Center Ct, Ste. B
Greensboro, NC 27408
Email: angela@graynewell.com

This the 11th day of May, 2021.

                                        /s/Camilla F. DeBoard
                                        Camilla F. DeBoard
                                          Attorney for Defendant
                                          NC Bar No. 41265

OF COUNSEL:

Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
Telephone: (336) 272-4810
Facsimile: (336) 272-2448
E-mail: cfd@trslaw.com