IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HUI MINN LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:18-cv-1046 |
| | ) |
| MARKET AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant Market America, Inc., ("Defendant"), by and through its undersigned counsel, moves for summary judgment in its favor with respect to the causes of action by the Plaintiff against it, as there exists no genuine issue of any material fact with respect to Plaintiff's claims, and Defendant is entitled to judgment as a matter of law. In support of this motion, Defendant submits the accompanying Memorandum and exhibits therewith.

WHEREFORE, the Defendant respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's claims with prejudice, and grant all other further relief as the Court deems just and proper.

Respectfully submitted this the 21st day of May, 2021.

/s/Camilla F. DeBoard
Camilla F. DeBoard
Attorney for Defendant
NC Bar No. 41265

OF COUNSEL:

Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC  27402-1898
Telephone:  (336) 272-4810
Facsimile:  (336) 272-2448
E-mail: cfd@trslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date noted below, I electronically filed the Defendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

    Angela N. Gray
    Gray Newell Thomas, LLP
    7 Corporate Center Ct, Ste. B
    Greensboro, NC 27408
    Email: angela@graynewell.com

This the 21st day of May, 2021.

    /s/Camilla F. DeBoard
    Camilla F. DeBoard
    Attorney for Defendant
    NC Bar No. 41265

OF COUNSEL:

Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC  27402-1898
Telephone:  (336) 272-4810
Facsimile:  (336) 272-2448
E-mail: cfd@trslaw.com