Exhibit 2

Nadine Lee Deposition

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:18-cv-1046

HUI MINN LEE,

              Plaintiff,

      -vs-

MARKET AMERICA, INC.,

              Defendant.

_____


December 4, 2020

9:37 a.m.


- - - - - - - -

DEPOSITION

TAKEN VIA VIDEO TELECONFERENCE

OF

HUI MINN LEE

- - - - - - - -

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:   336-379-1549
Greensboro, NC 27429        Reporting Service        Fax:   336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 2 of 29

1    Q    Okay.  But no training, like actual

2  training, you did was performed in the Taiwanese

3  language?

4    A    No.

5    Q    Okay.  Did you perform -- sorry, go ahead.

6    A    The official language in Taiwan is Mandarin,

7  so that's why we all use Mandarin.

8    Q    Did you perform any of your job duties in

9  Mandarin?

10    A    Yes.

11    Q    Tell me about those.

12    A    They are trainings that I've done for Taiwan

13  market.  Market Taiwan, that's what they call it.  So

14  that's quite frequent.  And I also have to translate

15  all the material that I -- I create in English to

16  Chinese.  And, also, if others had create training

17  material, I have to translate that to Chinese and come

18  down to the training with those material.

19    Q    Okay.  So what language was training done

20  for the Asian market?  Would you do it in Mandarin

21  for --

22    A    It -- it depends.  If Taiwan market also

23  involved in the same training, I might speak Mandarin

24  and use English material because other country may not

25  understand -- well, I say -- I will say all of them

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 3 of 29

1      A      Yes.

2      Q      Tell me about that.

3      A      I came to the United States and attend

4  Auburn University at Alabama.

5      Q      And did you graduate with any degrees from

6  Auburn?

7      A      Yes.  I got my master's degree of chemistry

8  at Auburn.

9      Q      Other than your B.S. and your master's, do

10  you have any other schooling?

11      A      I stay -- after I graduate and got my

12  master's degree in Auburn, I stay about half year and

13  enroll in the Ph.D. program.

14      Q      Okay.  Did you complete the Ph.D. program?

15      A      No, I did not.

16      Q      Okay.  So how did you move from chemistry to

17  becoming a coach or trainer?

18      A      I -- after I quit my Ph.D. program, I start

19  to raise my family.  So I'm kind of leave that field

20  until my son is about 12 years old.  So that's when I

21  decide to go back to work.  So I -- I, basically, stay

22  home for -- for quite a while to raise my kids.

23      Q      And then when you went back to work, did you

24  go straight to Market America?

25      A      I -- yes.

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429       Reporting Service        Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 4 of 29

```
 1        Q     Okay.  What was your position there when you
 2   started?
 3        A     It's a franchise service rep.
 4        Q     Okay.  Were you looking for kind of -- were
 5   you -- were you looking to change from kind of
 6   chemistry and that world to the business side, or how
 7   did you come to find Market America.  Do you remember?
 8        A     I have a friend work there, and she -- she
 9   introduced me.
10        Q     Do you remember who that was?
11        A     She -- I haven't been in contact with her
12   for quite a while.
13        Q     Okay.
14        A     And I -- I don't believe she's still here.
15   I mean, she probably passed away.  I heard she was
16   sick and things like that.
17        Q     I'm sorry to hear that.  When you first came
18   to Market America, the position you had, that was not
19   in the training department?
20        A     No, it was not.
21        Q     Okay.  How long did you stay in that
22   position?
23        A     I would say a little over a year maybe.  I
24   -- there is a post they are seeking for product
25   information and computer core rep.  And I applied for
```

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429       Reporting Service        Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 5 of 29

1    that position.

2         Q    Okay.  And did you get that position?

3         A    Yes, I did.

4         Q    All right.  So when you moved to that

5    position, what were your job responsibilities?

6         A    It's computer support.  So if they have some

7    difficulty in the computer area, we can help them, and

8    also product information.  Market America has a lot of

9    different products, so a lot of customer need help on

10   that area.

11        Q    Got it.  Okay.  So for kind of your first

12   couple of years, you're working on the customer

13   support side, right?

14        A    Correct.

15        Q    Okay.  What was -- what was your next change

16   in position at Market America that you remember?

17        A    The training department.

18        Q    Okay.  How did you come to find that

19   position?

20        A    I think in 2001 probably, they have a post

21   that they want to hire a trainer.  So I went there and

22   applied, but I did not get the position.  And another

23   gentleman named Manny got the position.  The year

24   after -- I want to correct that.  In 2001 that

25   position posted.  I did not get it.  The second year

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 6 of 29

1    in 2002, I believe, that they have the same position

2    post again.  And I applied and compete with another

3    lady in the distributors service, and I got that

4    position.

5         Q    Okay.  At the time when you did not get that

6    position in 2001, who did -- who did you interview

7    with?  Do you remember?

8         A    Shawn Pegram.

9         Q    I'm sorry.  Who was that?

10        A    Shawn -- Shawn Pegram.  I cannot spell his

11   last name.  I cannot remember, but his name is Shawn

12   Pegram.

13        Q    Okay.  And did you receive any sort of

14   explanation or reason for why you were not given the

15   position in 2001 in the training department?

16        A    I'm not sure.  I cannot remember whether or

17   not I get anything.

18        Q    Okay.  All right.  And so when you applied

19   in 2002, you received that position at that time,

20   right?

21        A    Correct.

22        Q    Okay.

23        A    Yes.

24        Q    Who did you interview with in 2002?

25        A    Shawn Pegram, the same gentleman.

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 7 of 29

1    like.  So when were you next given a new title after
2    you started in 2002?

3        A    It's until 2015, I will say, of -- the late
4    2014.  That is when my title changed from trainer to a
5    senior trainer.  So it's about, I think, 12 years
6    roughly.

7        Q    Okay.  And, to your knowledge, there was no
8    change in your title until you moved to senior
9    trainer?

10       A    No.

11       Q    Okay.

12       A    No change.

13       Q    And between 2014 when you had that senior
14   trainer title and when you left in 2017 -- or when you
15   were terminated in 2017, were there any other changes
16   in your job title?

17       A    Yes.

18       Q    Tell me about those.

19       A    That is the global training project manager.
20   That's the title I had when I terminated.

21       Q    Okay.  When you started in the training
22   department, there were -- how many trainers were there
23   with you?

24       A    Two.

25       Q    So just you and Manny?

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429        Reporting Service        Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 8 of 29

1    Amanda.

2          A    Good.

3          Q    Okay.  Did you have any problems with her

4    management style when she was your manager for 10

5    years?

6          A    I will say I complain to her few times that

7    -- that Cherri did not -- well, I didn't mention

8    Cherri, I should say.  I say I have to always update

9    the material and -- well, Cherri -- and that's --

10   that's what I probably complain to her about that.

11         Q    Okay.  So you would -- you had complaints

12   that you would bring to Amanda at times?

13         A    Right, right.

14         Q    Okay.  And how would Amanda handle those

15   complaints?

16         A    She kind of agree with me, but there's no

17   action taken.

18         Q    Okay.  And would you go back to her with

19   additional concerns that nothing was being handled or

20   how would you -- what would you do when you saw

21   nothing being done?

22         A    It's when -- well, I, basically, just do

23   what I have to do and, you know, keeping my mouth shut

24   most of the time because I -- I want, you know, my

25   job.  But the final straw was 2013, I would say -- the

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429        Reporting Service        Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 9 of 29

1  about.

2      Q    Why did you feel you needed a record of what

3  you were talking about with Amanda in November of

4  2013?

5      A    Because I feel -- prior to that, I had been

6  bringing it up and bringing it up and there's nothing

7  done.  So I think I probably need to make a record I

8  really talk about this.

9      Q    Who did you plan -- at the time -- at the

10  time you decided to make a recording of this, who did

11  you plan to share it with?  And I'm talking about the

12  2013 recording?

13      A    I had -- I did not think I want to share it

14  with anybody.  Just for my -- me as a record at that

15  time.

16      Q    And what was -- what did you plan to do with

17  that other recording once you had it in 2013?

18      A    I don't know.  I -- I cannot tell you in

19  2013 what I was thinking back then.  Back then the

20  only thing I wanted to have is the record that I have

21  this conversation with her, but I -- I did not think

22  anything other than that.

23      Q    Okay.  So is it fair to say the recordings

24  in 2013 were made just so you could go back and listen

25  to the conversation and see what Amanda said she would

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 10 of 29

1    do?

2         A    And, also, I want her to tell Liliana

3    because back then Liliana already on boat.  Over the

4    years, she always tell me that she is empower me to

5    direct Cherri to do things, but -- but that's never

6    official.  She never tell Cherri that I have

7    authority, can direct her to do anything.  So I was

8    want her to make sure that she told Liliana that she

9    is empowering me to direct her to -- you know, for her

10   job.

11        Q    So in 2013 you wanted Amanda to tell Cherri

12   and Liliana that you could tell your --

13        A    No.

14        Q    -- other trainers what to do?

15        A    No.  Not Cherri.

16        Q    Okay.

17        A    Cherri already move away from -- well, her

18   plan was move Cherri away from Market America

19   training.  But for me to take care of Market America

20   portion of the training, she wanted Liliana to help

21   me.  But I just want her to -- she keep saying

22   empowering me, but never actually authorize and let

23   people know that's what she planning to do.  So I want

24   her to -- I just want to be sure that she would tell

25   Liliana that what her plan was.

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429        Reporting Service        Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 11 of 29

1   you would coordinate with Liliana for other things

2   that needed to be done in the department?

3        A    Well, by the time Liliana start working, we

4   had already changed the supervisor.  That -- Amanda

5   left in January of 2014.  I think it's the first part

6   of 2000 -- January 2014.  And we do not have any

7   manager until March I believe, so I was the interim

8   manager and supervise her.

9        Q    Who were you supervising in the interim?

10       A    Liliana.

11       Q    That was your -- the only person you were

12   supervising?

13       A    That's the only person.  She was doing -- if

14   she was there.  Cherri already moved to the leadership

15   training.  She's not doing the same thing, what we do.

16       Q    Who told you in Market America that you were

17   the interim supervisor during that time from January

18   to March of 2014?

19       A    I take the responsibility myself because

20   everybody was contact me if they have any training

21   issues or training requirements.

22       Q    Okay.  And then at some point Colbert

23   Trotter was hired, correct?

24       A    Yeah.  March maybe.

25       Q    All right.  And Colbert became your direct

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429     Reporting Service     Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 12 of 29

1    A    Yes, I -- I saw that.

2    Q    Do you have any reason to disagree with that

3    date?

4    A    I thought I remembered March, but if -- if

5    -- that's what she say there.

6    Q    Okay.  And then it has the -- her kind of

7    leaving date or last month as November 2016.  Does

8    that sound correct?

9    A    Yes.  November, yes.

10    Q    Okay.  All right.  Okay.  Now, we talked

11    about your fellow, like, coworkers' ages.  Do you know

12    exactly how old Colbert Trotter was?

13    A    No.  I would say late 40 to early 50.

14    That's my guessing.  The -- the information that she

15    gave me, like, how old is her daughter and that -- all

16    that type of thing, that -- that's my guess.

17    Q    Okay.  She didn't talk to you about when she

18    graduated college or anything like that?

19    A    I -- I don't recall.

20    Q    Okay.  Did Colbert Trotter tell you

21    specifically the reason that she was promoting Liliana

22    to a manager role?

23    A    No, not specifically.  I -- I questioned her

24    and she told me that she was promoted I would say

25    August 2016.  She called me to her room and say that

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 13 of 29

1    Liliana was -- I'm sorry, there's a phone call.  Can

2    -- can I take this?

3              MS. DEBOARD:  We can go off the record for a

4         second if you need to.

5              [Recess from 10:59 a.m. to 11:00 a.m.]

6         Q    [By Ms. DeBoard]  Okay.  So your

7    conversations with Colbert Trotter about Liliana

8    becoming a manager, when you -- actually, when you

9    said you questioned Ms. Trotter about that, what

10   exactly were you asking?

11        A    I was asking why I was demoted.

12        Q    Why did you believe that it was a demotion?

13        A    Because she was a subordinate of me.  And

14   then I would report to Colbert at the time.  Now, I

15   had demoted to report to Liliana.

16        Q    Who -- who told -- did anyone tell you that

17   was a demotion?

18        A    No, nobody.  But the fact is when I report

19   to a director before, now I have to report to a

20   manager, don't you think that's a demotion?  Well, I

21   would assume that's a demotion.

22        Q    What did Colbert Trotter say when you

23   approached her about this?

24        A    She say, "No, no, no.  I know what to do."

25        Q    And what did she mean by that?

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 14 of 29

1   Liliana because she was -- the title-wise, she is a

2   training specialist.  I was a trainer already.  And

3   later on, I became a senior trainer and she's still a

4   trainer.  So I always had the higher rank than she is

5   -- she was.

6          Q    When -- at that point -- so at that point

7   did you ever give a performance review to Liliana?

8          A    No, I had not.

9          Q    Okay.  Did you have authority to give a

10  written performance review to Liliana?

11         A    No, I -- I do not.

12         Q    Okay.  Do you know whether Colbert Trotter

13  gave a performance review to Liliana in 2016?

14         A    I assume.  I didn't see her review, so I

15  don't know.

16         Q    Okay.  So at some point Colbert Trotter was

17  moved from training manager to director, right?

18         A    Oh, correct.

19         Q    Okay.  And then so there was an open space

20  for training manager, right?

21         A    Yes.

22         Q    All right.  And that was the space that

23  Liliana filled?

24         A    That space, she told me through my -- April

25  -- I think it's April 2016 -- I asked her that since

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 15 of 29

1    she already become a director, whether or not she need

2    a manager position.  And she say, no, she's not

3    planning to have a manager.

4         Q    Okay.  At that time in April?

5         A    April of 2016.  I cannot say exact time

6    because I remember that's a conversation when we have

7    an evaluation.  And that evaluation happened April of

8    2016, so I assume that's -- that's the date.

9         Q    Okay.  And then in August of 2016 is when

10   you were told about Liliana moving into a management

11   role?

12        A    Correct.

13        Q    All right.  In that conversation with

14   Colbert Trotter where you were informed about Liliana

15   going into a management role, did you specifically ask

16   her whether that was based on Liliana's age?

17        A    Not at the first -- that meeting till she

18   informed me.  The way she's doing it is -- well,

19   anyway, she called me to her office and tell me that

20   Liliana being promoted.  And that's end of the

21   conversation.  I bring this up because I was keep --

22   that keep bothering me.  And I had a lot of sleepless

23   night and just trying to figure out what's going on.

24   So I went back to her and asked her why this happened

25   and why I'm being demoted.

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429       Reporting Service       Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 16 of 29

1     Q     And what was Colbert Trotter's response when

2    you asked that?

3     A     I did specifically ask her is that because

4    she -- she like to promote young people and for them

5    to advance in -- for their career and also was my race

6    playing a part.  And she say, "No, no, no.  I know

7    what to do."

8     Q     Okay.  So in response to the question about

9    is it because of my age, Colbert Trotter said no?

10    A     That's what she say, "No, no, no."

11    Q     And then in response to the question is this

12    because of my race or because me, as Nadine Lee, I'm

13    -- I am of Asian -- you know, Asian origin, Colbert

14    Trotter --

15    A     Uh-huh.

16    Q     -- said no?

17    A     She say, "No, no, no.  I know what to do."

18    That -- that's what I remember, how she replied.

19    Q     Okay.

20    A     If there's any other conversations or

21    wording in there, I -- I can't -- I -- I don't recall.

22    Q     Okay.  And so what -- what did she do as a

23    result.  She said, "I know what to do."  What did that

24    mean?

25    A     She changed my title from the -- the senior

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 17 of 29

1    that would be Colbert.

2        Q    Okay.  So Colbert assigned her to do the

3    Market -- Market Mexico training and opening?

4        A    Yes.  I -- I will agree with that.

5        Q    Okay.  Were you assigning trainings to

6    Liliana at that point when Colbert was there, so

7    before -- like between February '14 and August of

8    2016?

9        A    When -- I believe that -- I cannot remember

10   that correctly, but I believe the second training that

11   she -- Liliana was doing, that's when I assigned to

12   her.  I'm not sure if Colbert is there yet for the

13   second training that -- that Liliana did.

14       Q    Okay.  So you were mainly involved with

15   Liliana's training of how to be a training specialist?

16       A    Say that again?

17       Q    You were mainly involved with kind of

18   coaching and helping Liliana in the beginning stages

19   of her employment?

20       A    Yeah, I will say that.

21       Q    Okay.  And then once Colbert Trotter got

22   there, Colbert was giving assignments to Liliana?

23       A    Correct.

24       Q    Okay.  And then Liliana was taken from

25   training specialist and moved to manager?

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 18 of 29

1      A     She had a couple promotions in between.

2      Q     Okay.  Tell me your under -- just your

3   understanding of what Liliana's promotions were in

4   between?

5      A     She start from training specialist, then

6   trainer, and senior trainer, and manager.

7      Q     Okay.  Before she became manager, did you

8   have any issues with Liliana's treatment of you

9   personally?

10     A     No.  I just know that she was -- you know,

11   refer the culture issues of Asians, so I aware she's

12   -- she's not very fond with Asians.

13     Q     Did she ever treat you differently than non-

14   Asian workers before she was a manager?

15     A     She was very fond with Henri.  She

16   handpicked Henri, and -- well, she -- she -- when we

17   had that opening for Henri, she actually go Henri and

18   tell her that apply this position, we will hire you.

19   And that I did talk to Cherri about it, saying was

20   that a proper thing to do, but we didn't say anything.

21     Q     Okay.  Why did you talk to Cherri about it?

22     A     Because Henri was going around -- I heard

23   from somebody that Henri was going around saying,

24   well, I'm moving to training because Liliana say that

25   she is going to train her -- train him to become a

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 19 of 29

1   one of my job responsibility.  And she say she doesn't

2   like that.  She want me to share that with Henri.  I

3   didn't say much about it at the time because she just

4   inform me that she was my boss.  And I did not hear

5   from anybody else, so I went to talk to Sherry and

6   just to confirm if this is what happened.  And why am

7   I being demoted again since we were all report to

8   Colbert when she left.  Now I'm being demoted again

9   under Liliana.  And she say that, yes, this is what

10  happened.  Marc decide that.  And I share my concern.

11  I say why is that because my two -- well, it's,

12  basically, the same conversation with Colbert.

13       Q    Did your pay change when you started to

14  report to Liliana?

15       A    Did my what change?

16       Q    Did your -- did your money -- your income --

17  change when you started to report to Liliana?

18       A    No.

19       Q    Did your title change when you started to

20  report to Liliana as your manager?

21       A    No.

22       Q    Why did you -- did someone tell you that it

23  was a demotion to report to Liliana?

24       A    Well, to me it was because, you know, when

25  you report to a -- a director and now you do -- you

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429        Reporting Service       Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 20 of 29

1    report to a manager, that is a demotion.

2         Q    Okay.  So that -- that's you.  Did anyone,

3    outside of yourself, tell you it was a demotion to

4    report to Liliana Camara as a manager?

5         A    No.

6         Q    So it's just something you felt?  You did

7    not want to report to Liliana?

8         A    It's not I don't wanted to report to

9    Liliana.  I -- I think that's why should -- just like

10   when she was first promoted, I should have opportunity

11   to seek the position.  And there is no post, nothing.

12   And give me the opportunity to seek the position.

13        Q    Okay.  Did you -- did you say that to anyone

14   -- or the individuals who told you Liliana was getting

15   the manager position, like Colbert Trotter?

16        A    I said it to Colbert I was telling you

17   earlier.

18        Q    Did you report that to Sherry Spesock at any

19   point before December 2016?

20        A    What do you mean?

21        Q    Did you talk --

22        A    Not work -- not work related because when

23   Colbert left, that -- she told us that she already

24   arrange with Sherry and all three of us would report

25   to Sherry.

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 21 of 29

1    -- Liliana and I meet, I tell her that I had talked to

2    Sherry about the job responsibility and that's what

3    Sherry told me.

4         Q    Okay.  And --

5         A    And -- and she bring up that the -- the

6    training that she want me to rotate with Henri.  And

7    she told me that I should allow young people to have

8    opportunity to build their network.  So MPCP is a very

9    -- because MPCP -- well, she -- everybody -- whoever

10   on the Colbert label.  So anybody from different

11   department can come to that class.  It's not only for

12   distributor services.  And she want Henri to have that

13   opportunity to grow up his network and give him

14   opportunity to advance.  So I was telling her that I

15   have a concern that she -- he is not familiar with the

16   -- the training.  And I'm willing to teach him and

17   supervise him afterwards until he can come up to

18   speed.  And that make Liliana quite unhappy because

19   she start to attack me.  She said something that I --

20   I'm -- I will not dictate this program.  I don't want

21   to give up the -- the training.  I don't want -- I

22   don't have a teamwork mentality.  I'm not a team

23   player because I don't want to share that

24   responsibility with Henri.  And I explained to her

25   that's not what I'm saying.  I say that once he can

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 22 of 29

1    get up to speed, I have no problem that -- sharing

2    responsibility, but still I want to supervise him

3    because that -- I am responsible for that program.

4    And she start to say that I wouldn't listen to my

5    former boss. So I -- I -- I start to aware he --

6    she's attacking me. And so I replied to her that's

7    not to true. I'm sorry I get a little emotional every

8    time I talk about this. She was -- she start

9    attacking me and told me that I never listen to my

10   former boss. And I was asking her, "Why are you

11   saying that? That's not true." And she said -- and I

12   explained to her that if -- if that's the case, I

13   won't stay -- I won't be at Market America for that

14   long. You know -- you know, if you don't listen to

15   your boss, you probably got fired long time ago. So

16   what you say is not true. And then after that, she

17   was telling me -- I -- I'm sorry, I lost my thought a

18   little. Oh, the next thing she come up with was that

19   I was dumping work to her when she start work at

20   Market America. And I'm kind of puzzled what she was

21   talking about. And she starts saying remember that

22   when you -- when I start, and the six weeks of

23   training was most time-consuming, and by the time you

24   supposed my -- your turn, I didn't -- I didn't do it.

25   So I have to explain to her what happened back then.

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service       Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 23 of 29

1    led to that.

2         A    She told me that there's a request for

3    training the -- on franchises services new hire

4    training, which we established that during January 3rd

5    meeting that belonged to Henri.  And she want me to do

6    that training, you know, at Jan -- at -- that start at

7    January.  And that's a third-shift training that she

8    want me to do.

9         Q    So she --

10        A    And I --

11        Q    -- wanted you to do that and not Henri?

12        A    Yes, she did.  She said that it's -- there

13   is a new hire for Mandarin speaking and she need my

14   help.  And I did agree that I will help.  And I say

15   sure.  We don't have that type of training, so called

16   Mandarin, our franchise service training before.  If I

17   want -- I -- I have to recall one that is back to

18   2005.  That's when we started -- the first time we

19   start to -- the -- the Market Taiwan.  But after that,

20   we never had that so-called Mandarin on franchise

21   services training.  So that's a new training that she

22   come up with.  And she want me to do that entry-level

23   training because there is a Mandarin speaking, you

24   know.

25        Q    And did you do that training in Mandarin?

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service       Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 24 of 29

1      A    Yes, I did.

2      Q    Okay.  Did you -- did you report any

3  complaints of you having to do that training to anyone

4  else?

5      A    I did not because Sherry and Liliana was

6  together and say I have to do it.

7      Q    So did you talk to Sherry about that --

8  about doing that entry-level training?

9      A    No.  When I -- when I was called to Sherry's

10  office, I know that, you know, Sherry is involved in

11  this and trying to diminish my role within the

12  department.

13      Q    Why -- so why is taking on an extra training

14  diminishing your role?

15      A    Because that's an entry-level training.  I

16  have not done that I would say at least, maybe, five,

17  six years.

18      Q    Okay.  So you felt that that training was

19  kind of beneath your qualifications?

20      A    Yes.  I had take care of -- I -- I believe I

21  had send you a job responsibility that -- that I -- I

22  had -- we have established on January 3rd.

23      Q    Okay.  That -- so that job responsibilities

24  document, was that -- did you make that from memory or

25  was that based on notes?

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429       Reporting Service       Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 25 of 29

1    Q    Okay.  What about three and four?  Just
2    review those and let me know if there is anything that
3    is -- or if these are kind of accurate based on what
4    we've been discussing today in your memory.
5        A    Number 3 is right.  I did ask for new
6    Mandarin training -- trainers because that -- if
7    that's the -- it become regular that they want to
8    offer Mandarin training, then -- then they should hire
9    another one.  Number 4, yeah, that -- that is what I
10   was talking about they called me to they office and
11   say I have to do this training.  I -- I agree to do
12   that training during February's meeting already.  I
13   didn't say that I don't want to do it.  I just suggest
14   her that she need to hire one more trainer if this
15   become regular.  And -- but I got called in there and
16   being demand to do this training, I was kind, well, I
17   already agreed to why you -- you know, I was being
18   called there and demand to do that.  That's Number 4.
19       Q    Okay.  What about five, six, and seven, are
20   those all true and accurate?
21       A    Five I cannot recall exact time.  It may be
22   off a little.  I cannot recall exact time.  I
23   remembered 27, so that's what I put in February.  It
24   may be, you know, later.  I cannot recall exactly the
25   time frame of that.  Number -- Number 6 is what we

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 26 of 29

1   were talking about, the evaluation earlier that -- I

2   don't know who did that, but Sherry did -- Sherry did

3   tell me that -- that done the review herself.

4        Q    Did you record that conversation with Sherry

5   about your pay increase?

6        A    No.

7        Q    Why not?

8        A    Because I -- I was called to her office

9   without knowing what it was about.

10       Q    Okay.  In April or May of 2017, were -- was

11  the Spain Market and Mexico Market still open?

12       A    I believe so, yes.  And she has a post --

13  that post in the break room.  And she specifically say

14  she want to hire a Spanish-speaking trainer.  Can you

15  scroll up?  I was not able to see the -- can I look at

16  seven again?

17       Q    Here you go.

18       A    And when she post that and say that she want

19  to hire a Spanish-speaking training specialist, I then

20  went to suggest to her maybe we need to -- to have

21  Mandarin-speaking trainers or specialists since she

22  had want to do an entry-level Mandarin speaking

23  training which lasts -- lasts a few weeks.

24       Q    And what did she say in response?

25       A    She said that's what she need and just --

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429       Reporting Service       Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 27 of 29

1    we did for years.

2         Q    Okay.  And then you put in here new hires

3    without certain English capability will have

4    tremendous hardship to perform their job.  Is it your

5    opinion --

6         A    Correct.

7         Q    -- if they didn't speak English they

8    probably weren't qualified for the -- the job that

9    they were hired for?

10        A    It's not my opinion.  It's our material and

11   also all the systems and when they have to do the

12   paperwork and -- with any correction for the system,

13   everybody is using English.  So if they don't

14   understand English, they were not able to perform that

15   job.  There is no Mandarin system for them to use when

16   they're performing jobs.

17        Q    Okay.  What about 11; is that accurate?

18        A    Yeah.  I believe that I received an e-mail

19   from Brandy saying that new hire, there's only one

20   person.  Liliana want me to do a Mandarin speaking for

21   her, and I suggest to Brandy at the previous one.  And

22   then later Brandy e-mailed me saying this person has

23   50 percent English -- English capability, so she can

24   communicate and talk to the customer, yes.  This is

25   correct.  Again, I'm not going to say 100 percent

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC  Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service      Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW  Document 34-2  Filed 05/21/21  Page 28 of 29

1   because of that time.  I cannot recall exact time I

2   have.

3        Q    Okay.  So I'm kind of a little confused.

4   What's the importance of this Number 11?  What's the

5   importance of this?

6        A    I just want to establish that the Mandarin

7   speaking class that she asked me to do, this person

8   actually can speak English.  It's not that she cannot

9   speak English then have to have a Mandarin-speaking

10  class.

11       Q    Okay.  Was there only one person in the

12  training class?

13       A    Yes.  Only one person that she want me to

14  train, but there's another class that Henri is doing

15  later.  This person could join Henri's class, which is

16  English speaking.  And I offer help and tell Brandy

17  that I can help her.  Just like before, I can help

18  her.  When she finish the English class, then I will

19  be able to help her with a couple weeks, just like I

20  described to you earlier that for one or two hour a

21  day and bring her -- fill in the gap that she missed

22  for -- from English.

23       Q    Okay.  Is Brandy -- was she the -- she was a

24  new director; is that correct?

25       A    Yeah.  She was there probably less than half

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel:  336-379-1549
Greensboro, NC 27429       Reporting Service       Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 34-2   Filed 05/21/21   Page 29 of 29