Exhibit 3

Sherry Spesock Deposition

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:18-cv-1046

| | | |
|---|---|---|
| HUI MINN LEE, | ) | |
| | ) | |
| Plaintiff, | ) | D E P O S I T I O N |
| | ) | |
| vs. | ) | |
| | ) | * C O P Y * |
| MARKET AMERICA, INC., | ) | |
| | ) | |
| Defendant., | ) | |
| | ) | |

-----------------------------------

———————————————————

SHERRY DENISE SPESOCK
———————————————————

101 South Elm Street
Greensboro, North Carolina

Tuesday, May 4, 2021
10:05 o'clock a.m.

———————————————————

Cassandra J. Stiles, CVR-M
Certified Court Reporter


Atlantic Professional Reporters, Ltd.
P. O. Box 11672
Winston-Salem, NC 27116-1672
(336) 945-9047
(800) 717-0001

1          Q.    In various ways as it pertains to what she

2     did and how she interacted with her clients and her

3     coworkers.  Correct?

4          A.    Uh-huh.

5          Q.    Did you have any input on the numbers that

6     were attributed to her job performance?

7          A.    Yes.

8          Q.    Okay.  For example, under performance on

9     the first page, the very first thing says, business

10    knowledge.  Do you see that?

11         A.    Uh-huh.

12         Q.    And then there was a number four.  And

13    that means that Nadine was considered to be

14    exceptional in that area.  Correct?

15         A.    Correct.

16         Q.    Was that four given to Nadine because you

17    wanted it there, or because someone else wanted it

18    there?

19         A.    I put it there.

20         Q.    Okay.  Now, how did you make that

21    determination if you had not evaluated Nadine's job

22    performance?

23         A.    It was based off of previous conversations

24    with Ms. Trotter before she left.

25         Q.    I see.


Case 1:18-cv-01046-WO-JLW   Document 34-3   Filed 05/21/21   Page 3 of 21

1          Were any of the numbers attributed to Ms.

2    Lee on this performance evaluation provided to you

3    by Liliana Camara?

4          A.    No.

5          Q.    Okay, so these numbers were all based on

6    communications that you had with Ms. Trotter.

7    Correct?

8          A.    Correct.  And that was prior to her

9    leaving.

10          Q.    I see.

11          My understanding is that Ms. Trotter left

12    somewhere in November of 2016.  Is that right?

13          A.    Correct.

14          Q.    And this evaluation covers the review of

15    the year of 2016.  Correct?

16          A.    Correct.

17          Q.    Now, I did not see and have not seen

18    provided to me in any documentation a review for Ms.

19    Lee for the year of 2017.

20          Do you know if such document exists?

21          A.    Not that I'm aware of.  It would have been

22    done in April of 2018.

23          Q.    I see.  And by that time, Ms. Lee was no

24    longer employed at Market America.  Correct?

25          A.    Correct.



1        Q.    Okay.  Great.

2              And you would agree with me that Ms.

3    Trotter made a number of comments in the performance

4    comments section on this evaluation.

5        A.    Yes, ma'am.

6        Q.    But on the last evaluation, which was the

7    one done in 2017, there were no written comments.

8    Do you know why?

9        A.    Because I didn't feel like I could give a

10   true evaluation for her in the interim.

11       Q.    Okay, and, then, Ms. Trotter, I'm

12   assuming, and you can correct me if I'm wrong,

13   didn't provide you with any comments ---

14       A.    --- Correct.

15       Q.    --- To put on that evaluation.

16       A.    Correct.

17       Q.    Right.  And that's the 20 -- the one

18   that's dated 2017?

19       A.    Yes, ma'am.

20       Q.    All right.  Do you have any reason to

21   believe that any of the performance comments on the

22   document MA286 through 287 are inaccurate?

23       A.    I cannot speak for her evaluation for

24   2015.

25       Q.    And in your opinion, you believe this is a



1    performing her job?

2         A.   Correct.

3         Q.   So as you sit here today, you have -- or

4    maybe you do.  I don't know.  Do you have an opinion

5    about how Ms. Lee performed her job based on your

6    firsthand knowledge?

7         A.   Just from what I observed, just -- she was

8    just quick to leave, not willing to do any

9    additional work.

10        Q.   And you're talking about from the incident

11   in September of 2016.  Correct?

12        A.   In June.

13        Q.   I'm sorry.  June of 2016.

14        A.   That is correct.  That is the only time

15   I've ever observed her.

16        Q.   Okey-dokey.  What I want to show you is --

17   or what I want to ask you about, rather, is a

18   document that was presented to me by counsel for

19   Market America.  It's called the defendant's initial

20   disclosures.

21             And what they have indicated to me is that

22   you have knowledge of the plaintiff's work

23   performance.  And I

24   believe I've asked you about that already.

25             And so we're clear and the record is



*Copy*        Lee v. Market America        05/04/21

Atlantic Professional Reporters, Ltd. - (336)945-9047

1    was the individual that we were wanting to have take

2    that position as a training specialist.

3          Q.   Did you have a training specialist

4    position open at the time?

5          A.   No.

6          Q.   So why were you training someone for a

7    position that wasn't open?

8          A.   It was going to replace Ms. Lee.

9          Q.   Okay, so at some point there was a

10   decision made that Ms. Lee would be replaced?

11         A.   That is correct.

12         Q.   Because of what?

13         A.   Not being a team player and not doing the

14   trainings that were asked, or giving pushback for

15   the trainings that were asked.

16         Q.   Okay.  When did you learn that Ms. Lee was

17   not being a team player?

18         A.   It was through one-on-ones that I had with

19   Ms. Camara.

20         Q.   And so Ms. Camara reported to you that Ms.

21   Lee was not being a team player.

22              Do you recall when she first told you

23   this?

24         A.   I do not recall.

25         Q.   Was it in 2016 or 2017?



1            A.    It would have been in 2017.

2            Q.    And would it have occurred after the

3    evaluation was given to Ms. Lee in April of 2017?

4            A.    I do not recall.

5            Q.    Okay, so you recall that at some point in

6    2017, assuming Rose had already been hired by Market

7    America at that point.  Correct?

8            A.    Correct.  Rose was hired and was going

9    through training.  And Ms. Lee was asked to do the

10   Mandarin training.  Ms. Chaffin actually did both

11   trainings to make sure that she was understanding

12   the material that was being presented.

13           Q.    Do you know what position Rose applied for

14   at Market America when she first started working

15   there?

16           A.    From what I recall, it was an account

17   services rep.

18           Q.    According to the information I have, she

19   was applying for a position as an unfranchise

20   services representative.

21           A.    Yes.  It's the same thing, it's just a

22   different -- we call them account services reps now.

23           Q.    Okay, and it looks like the date of her

24   application was December 27, 2016.  Does that sound

25   right to you?



*Copy*        Lee v. Market America        05/04/21

Atlantic Professional Reporters, Ltd. - (336)945-9047

1          A.    Say that one more time.

2          Q.    Her date of application was December 27th,

3     2016.

4          A.    That sounds correct.

5          Q.    And on her application she indicated that

6     she would not be available for work until January of

7     2017.  Correct?

8          A.    Correct.

9          Q.    Okay, so why is it that Ms. Chaffin

10    applied for an account representative position, but

11    as early as a few months into her tenure in that

12    position, a decision was made that she was going to

13    be trained to become a training specialist?

14         A.    We -- it was found that she was able and

15    capable of doing the job based on her previous

16    experience as a teacher.

17         Q.    Did you review her application?

18         A.    I did not.

19         Q.    Did you hire her?

20         A.    I did not.

21         Q.    So what did you know about her teaching,

22    her previous teaching, if you didn't review her

23    application and you didn't hire her?

24         A.    It was a decision made by the current

25    customer service manager and Ms. Camara.



Atlantic Professional Reporters, Ltd. - (336)945-9047

1       someone who Market America wanted to train to become

2       a training specialist.  Correct?

3            A.    Correct.

4            Q.    And in her role as a training specialist,

5       what was she going to do?

6            A.    She would be handling the MPCP, the new

7       account services rep trainings and any other

8       trainings that were asked to perform.

9            Q.    And was that something that was already on

10      Ms. Lee's job description?

11           A.    It's my understanding, yes, that she was

12      going to be taking over that position.

13           Q.    And did you ever articulate to Ms. Lee

14      that this was the plan?

15           A.    No.

16           Q.    Do you know if anyone ever articulated

17      this to Ms. Lee as that being the plan?

18           A.    I do not know.

19           Q.    And your understanding of why this was

20      going to happen was solely based on what was told to

21      you by Liliana Camara and/or Brandi Foster?

22           A.    The observations of Ms. Camara.

23           Q.    Brandi Foster didn't have any input with

24      you about it?

25           A.    About Ms. Chaffin or about Ms. Lee?



Atlantic Professional Reporters, Ltd. - (336)945-9047

1         A.    And it would have been done by the

2    training department.  So it would have been her

3    reporting to Ms. Camara.

4         Q.    Okay.  At the time of Ms. Lee's

5    termination, her title was global training projects

6    manager.  Is that correct?

7         A.    Correct.

8         Q.    Was anyone ever hired to that position

9    after Ms. Lee was terminated?

10        A.    No, ma'am.

11        Q.    Okay.  It says that you have knowledge of

12   the hiring of the individuals in the training

13   department, including plaintiff's replacement.

14             You're only talking about your knowledge

15   of Rose Chaffin.  Correct?

16        A.    Correct.

17        Q.    Because there was no one who was placed in

18   the position of the global training projects

19   manager.  Correct?

20        A.    That is correct.

21        Q.    No one was hired for that position?

22        A.    That is correct.

23        Q.    Okay, so was the global training projects

24   manager position eliminated?

25        A.    Correct.



1          Ms. Lee had filed against Market America.  Correct?

2          A.    Correct.

3          Q.    And I'm going to start off at the very

4     beginning where it says Ms. Lee was terminated from

5     her position as a corporate trainer by Market

6     America on October 15th, 2017.

7               Do you see that?

8          A.    I do.

9          Q.    I don't see anything on that statement

10    about the position being eliminated.

11              Is there any reason why you didn't include

12    that on that first line?

13         A.    I don't recall.  I don't recall why we

14    didn't add that.

15         Q.    Okay, so Ms. Lee also was not a corporate

16    trainer at that time.  She was the global training

17    projects manager.  Correct?

18         A.    Correct.

19         Q.    And that was a management position.

20    Correct?

21         A.    It was not.  She did not have direct

22    reports.

23         Q.    I see.  Okay.

24         A.    It was a manager of a process.

25         Q.    I see.  Okay.



1            Was there a distinction in your mind

2    between the corporate trainer and the global project

3    -- global training projects manager position?

4        A.    Can you repeat that?

5        Q.    In your mind, was there a distinction

6    between a corporate trainer and the global training

7    projects manager position?

8        A.    Sorry.  For some reason I cannot wrap my

9    brain around what you're trying to ask.

10        Q.    As it pertains to the terminology that you

11    used in this response, this position statement, you

12    said she was terminated from her position as

13    corporate trainer.  You didn't use her job title.

14            And my question is, in your mind, is there

15    a distinction between those two positions?

16        A.    No.

17        Q.    Okay.  Then in the last paragraph it says

18    the fact that Ms. Lee was replaced as a corporate

19    trainer by Rose, a 54-year-old Chinese female,

20    demonstrates conclusively the lack of merit to Ms.

21    Lee's charges against Market America.

22            You see that?

23        A.    I do.

24        Q.    Now, you agree that that's incorrect,

25    because you said Ms. Chaffin did not replace Ms. Lee



1    in her position.  Correct?

2         A.   She was -- her duties replaced Ms. Lee.

3         Q.   Only her training specialist duties.

4    Correct?

5         A.   Correct.

6         Q.   And I believe you said that no one was put

7    in the position that Ms. Lee formerly held.

8    Correct?

9         A.   That is correct.

10        Q.   All right.  Now, let's skip over to the

11   page that is identified at 019.

12             Do you see the paragraph where we're

13   talking about Ms. Lee possesses a degree in

14   chemistry and had no managerial experience prior to

15   or during her tenure at Market America?

16        A.   Yes.

17        Q.   What did that have to do with the fact

18   that Ms. Lee's position was eliminated?

19        A.    It is my understanding that it was due to

20   her not being hired as a manager of a department.

21   But I do not recall specifically.

22        Q.   You mean to Ms. Lee not being hired as the

23   manager of the department?

24        A.   Correct.

25        Q.   Oh, I see.



```
1              Have you told me everything about that
2    that you know of, and her failure to be a team
3    player?
4         A.   Yes.
5         Q.   Okay, so your position is that Ms. Lee was
6    terminated for these reasons, as well?
7         A.   Correct.
8         Q.   Okay, and I believe you said that the
9    reason for -- that the person who terminated Ms. Lee
10   was Liliana Camara.  Correct?
11        A.   Correct.
12        Q.   Okay.  Now, did you ever receive any
13   emails from any employees complaining about Ms.
14   Lee's job performance?
15        A.   I did not.
16        Q.   Did you receive any emails from any
17   customers or clients, individuals whom Ms. Lee may
18   have trained, complaining about her job performance?
19        A.   I did not.
20        Q.   Do you know if Ms. Camara received such
21   items?
22        A.   I do not recall.
23        Q.   Did Ms. Lee ever make a statement to you
24   that Ms. Camara had said that she felt that there
25   were cultural differences between Ms. Lee and
```



1    herself that impacted their ability to work

2    together?

3         A.   She had mentioned it originally, yes, when

4    she was going to be reporting to her.

5         Q.   Tell me what you remember about that

6    conversation.

7         A.   Ms. Lee had come to me, stating that she

8    didn't feel comfortable reporting to Ms. Camara

9    because of -- I don't recall what was said.

10   Something that was said when they first started

11   working together.

12             And I told her that I would have a

13   conversation with Ms. Camara.  But as the manager of

14   the department, she would be reporting to Ms.

15   Camara.

16        Q.   And is that the only time that you recall

17   that type of conversation coming up between you and

18   Ms. Lee?

19        A.   I don't recall if there were any others.

20   There might have been, but I don't recall.

21        Q.   Okay, and then you did speak to Ms. Camara

22   about Ms. Lee's communications with you.  Is that

23   right?

24        A.   Yes, ma'am.

25        Q.   And tell me what happened during that



1    conversation.

2         A.    That conversation between Ms. Camara and I

3    was, you know, to, you know, be a professional and,

4    you know, manage everybody the same, and not treat

5    her any different, which she wouldn't either --

6    anyways.

7              And just, you know, to be the best manager

8    that she could be of the department.

9         Q.    Did you have a recollection of when that

10   conversation may have happened between you and Ms.

11   Camara?

12        A.    It was shortly after Ms. Lee and I had

13   met.  I don't remember when it was though.

14        Q.    And you don't remember when you and Ms.

15   Lee met or ---

16        A.    --- I do not.

17        Q.    My understanding is that Ms. Camara

18   supervised an individual by the name of Delia

19   Zapata.

20        A.    Yes, ma'am.

21        Q.    And my understanding is that Ms. Zapata --

22   and I hope I'm saying her name correct -- was hired

23   as a training specialist.  Is that correct?

24        A.    She was promoted within.  She was also --

25   if memory serves correctly, she was also an account



1              I'm trying to remember.  I'm sorry.  I'm

2      trying to get my timeline correct to my brain.

3              Ms. Zapata might have been hired by

4      Liliana -- Ms. Camara.  Henri was hired prior -- or

5      promoted prior to Ms. Zapata.

6              I apologize.  I cannot recall exactly when

7      that happened.

8          Q.   Okay.  What is Ms. Zapata's race?

9          A.   She's Hispanic.

10         Q.   And what about Mr. Hue?

11         A.   I don't know what nationality he is, but

12     he's Black.

13         Q.   Okay, and then what about, are you

14     familiar with Cherri Walston?

15         A.   She was Black.

16         Q.   And was she hired by Ms. Camara?

17         A.   Not that I am aware of.  She was there

18     prior to Ms. Camara.

19         Q.   Okay, so based on what you're telling me,

20     it doesn't sound like Ms. Camara hired any of these

21     individuals.  Is that right?

22         A.   Like I said, I can't remember exactly my

23     timeline.  It is possible that Ms. Zapata was

24     promoted by Ms. Camara, but I cannot recall if

25     that's accurate.



1      unemployment division.  It's the division of

2      employment security, which handles unemployment

3      benefits for individuals.

4           A.   Correct.

5           Q.   Would you agree with me that that is what

6      you're looking at?

7           A.   Yes.

8           Q.   Okay, and it looks like to me, this is

9      documentation that Market America submitted in

10     response to Ms. Lee's request for unemployment

11     benefits.

12               Would you agree with that?

13          A.   Yes, ma'am.

14          Q.   All right.  According to this document, if

15     you look in box number eight, which would be on

16     Bates stamp 357.

17               Do you see that?

18          A.   I do.

19          Q.   Number eight, it says reason why claimant

20     is no longer working.  And then there's a check

21     beside other, and it says complete item 17.

22               Do you see that?

23          A.   Uh-huh.

24          Q.   And then when you go down to item 17,

25     which is on the next page, it says position



*Copy*        Lee v. Market America         05/04/21

Atlantic Professional Reporters, Ltd. - (336)945-9047

 1    eliminated.

 2              Do you see that?

 3         A.    I do.

 4         Q.    If Ms. Lee was terminated for the reasons

 5    that are set forth in these discovery responses, and

 6    you've agreed that they are accurate and correct,

 7    why was the North Carolina Department of Commerce

 8    told that Ms. Lee was separated due to a position

 9    elimination?

10         A.    I believe it was miscommunication.

11         Q.    Between whom?

12         A.    What was documented on the file.  And

13    there's a reason that's put on the employment file,

14    on the front.  And I believe that that was

15    incorrectly documented.

16         Q.    And who do you think incorrectly

17    documented it?

18         A.    I do not recall.

19         Q.    When you say you believe that there was

20    documentation miscommunication, you believe that

21    there was something on Ms. Lee's employee file at

22    Market America that was inaccurate, which led to

23    this inaccurate information to the department of

24    commerce?

25         A.    Correct.



1    you have indicated Ms. Lee was terminated.  And then

2    there was an indication to the department of

3    commerce that her position was eliminated.

4                What can we relay on here in terms of what

5    is accurate and what is true?

6         A.   The role itself was eliminated.  She was

7    terminated based on her performance.

8         Q.   Do you understand that if the employer

9    informs the department of commerce that an

10   employee's position has been eliminated, that that

11   implies there is no wrongful conduct on behalf of

12   that employee that would disqualify that employee

13   from receiving unemployment benefits?

14        A.   Yes, I'm aware of that.

15        Q.   Based on the representations that were

16   made by Market America, are you aware that -- to the

17   department of commerce -- that Ms. Lee was able to

18   get unemployment benefits?

19        A.   I'm sorry.  Can you repeat that?

20        Q.   Based on the information that was provided

21   to the department of commerce by Market America, are

22   you aware that Ms. Lee was able to get unemployment

23   benefits?

24        A.   Yes.

25        Q.   Do you think that Market America is in any



*Copy*          Lee v. Market America              05/04/21