Exhibit 4

Liliana Camara Deposition

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:18-cv-1046

HUI MINN LEE,                          )
                                       )
                    Plaintiff,         )    D E P O S I T I O N
                                       )
        vs.                            )
                                       )      * C O P Y *
MARKET AMERICA, INC.,                  )
                                       )
                    Defendant.,        )
                                       )
-----------------------------------

_____

**LILIANA CAMARA**
_____

101 South Elm Street
Greensboro, North Carolina

Tuesday, April 27, 2021
10:03 o'clock a.m.

_____

Cassandra J. Stiles, CVR-M
Certified Court Reporter



Atlantic Professional Reporters, Ltd.
P. O. Box 11672
Winston-Salem, NC 27116-1672
(336) 945-9047
(800) 717-0001

1     trainings?

2          A.   Yes.

3          Q.   Okay, and did some of those live, in-

4     person trainings happen to be conducted in other

5     countries?

6          A.   Yes.

7          Q.   As you sit here today, do you have a

8     recollection of what other countries Ms. Lee was

9     required to perform live, in-person trainings?

10          A.   Malaysia and Singapore and Taiwan.

11          Q.   Was Ms. Lee responsible, to your

12     knowledge, for performing live, in-person training

13     within the United States?

14          A.   Yes.

15          Q.   And what states do you recall that she

16     might have to go to to perform those live, in-person

17     trainings?

18          A.   States other than North Carolina, it was

19     Monterey, the office that we used to have out in

20     Monterey.

21          Q.   California?

22          A.   Yes.

23          Q.   Okay.  Anywhere else that you can think

24     of?

25          A.   Hmm.


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 3 of 33

1          Q.   Okay.  Now, as you sit here today, do you

2     have a recollection of any other primary job

3     responsibilities that Ms. Lee had other than

4     training?

5          A.   No.

6          Q.   None?

7          A.   No recollection.  No.

8          Q.   Was Ms. Lee required to submit any type of

9     data compilations to you regarding the training that

10    she conducted?

11         A.   I mean, other than -- we would -- I'm

12    fuzzy on this memory.  But we would keep sort of

13    like a little database or an idea map of what

14    everybody was working on or had been working on.  So

15    maybe like a summary or a list, this is what I'm

16    doing, this is what I'm doing.  So we would all do

17    that.

18         Q.   Okay, so was Ms. Lee required to submit

19    that summary of what she was doing to you on a

20    general basis or a daily, regularly, monthly basis?

21         A.   Maybe at least once a year.  If it was

22    more than that, it wasn't too often.

23         Q.   Okay.  Was there a time where you required

24    Ms. Lee to submit any type of written documentation

25    to you about any of her work performance when she

1     fine.

2          Q.   Okay, so I was asking you -- my next

3     question was going to be was there a time when Ms.

4     Lee was required to conduct training within the

5     United States and she failed to do so?

6          A.   Yes.  So that was more of an issue when we

7     hired anyone that spoke Mandarin and very little to

8     none English.  So in that case, she would be asked

9     to perform a different -- sort of like the same

10    training that was happening in this room, she was

11    asked to do it in a different place with the new

12    hires that were not bilingual.  And she would

13    refuse.

14         Q.   Okay, and when do you recall that

15    happening?

16         A.   So there were two instances that I

17    remember very clearly.  There may have been more.

18    One was when I actually was in charge of that

19    unfranchise services training.  And two reps sat on

20    my training for the entire time, and they were

21    eventually falling asleep in the middle of my

22    training because they did not understand a word of

23    what I was saying.  So that was one.

24              And then ---

25         Q.   --- They didn't understand what you were



1    saying?

2         A.    Yes.  Because they didn't speak any

3    English.

4         Q.    So how did that affect Nadine?

5         A.    Because she refused to do that training

6    for them in Mandarin.

7         Q.    So are you saying because she refused to

8    do it, you had to do it, or -- I'm not ---

9         A.    --- They have to sit in my training, yes.

10        Q.    Okay, and then go ahead.  I'm sorry.

11        A.    And so that was one.

12              And then another one was when a group --

13    this was a group, and I don't remember exactly the

14    number.  But it may have been maybe five reps.  And

15    all of them were not bilingual.

16              So it was a long back-and-forth basically,

17    almost until the point that were like, I'm sorry,

18    but you are going

19    to have to do it, because they really and truly

20    don't speak English, so there's nothing we can do.

21              But there was a lot of resistance to do

22    it.  And then we had -- when it finally happened

23    that she eventually did the training, we ended up

24    having a lot of concerns about how the quality of

25    that training was.  You know, the performance and



1     the overall quality of the training.

2          Q.   Okay, and when you say we had concerns

3     about the overall quality of the training, who are

4     you referring to?

5          A.   I'm referring to myself and Sherry and

6     Brandi, the head of the unfranchise services

7     department.

8          Q.   And did you sit down and talk to Ms. Lee

9     about it?

10          A.   No.

11          Q.   Why not?

12          A.   Let's see, how do I -- I think that at

13     that point, I was taxed with having tried to

14     communicate with Nadine in the past, and getting a

15     lot of resistance as far as, I'm not going to do

16     that, you don't need to know about that.  There

17     would be -- I would always try to get her involved

18     in what the team was doing, or get like decision-

19     making.

20               And in my leadership style, decisions

21     should be a group.  You know, as a team, we're going

22     to look at the advantages, disadvantages, and decide

23     what is best for the team.  And I never felt like

24     that was her mode of operating.

25               So it was whatever she decided to do,



1    that's what she was going to do.  And she was doing

2    it right, and there was no questions.  You know,

3    there was no question about that.  So that's part of

4    it.

5              And then, the other part was that the

6    person who raised the concern about the quality of

7    the training was very adamant.  When she raised the

8    concern to us, and by us I mean Brandi first, then

9    myself.  And Brandi and I had a conversation with

10   Sherry.  She asked please do not share that I was

11   the person bringing this up, because I am afraid

12   this is going to affect, you know, my work

13   environment.

14             So we -- I mean, I wasn't going to sit

15   down with Nadine and say, oh, this person is saying

16   -- is raising concerns about the content and the

17   quality and what's happening.  Because we had agreed

18   to respect that person's request or desire of not,

19   you know -- or whatever she was saying to not be

20   discussed out in the open.

21        Q.   When did this occur?

22        A.   I am really fuzzy on those dates.  But it

23   was -- it was that last training.  Then there has to

24   be documentation on when that last training

25   happened.

1          Q.   So, then, we agree that it could not have

2     happened after 2016?

3          A.   I am -- I really don't remember.  I'm very

4     fuzzy on the specific dates.

5          Q.   Okay, but what you do recall and what

6     you're certain of is that Colbert was Ms. Lee's

7     manager at the time this incident occurred.

8     Correct?

9          A.   So Colbert started -- let's see.  I came

10    in November of 2013.

11         Q.   Uh-huh.

12         A.   And then for a while, and I don't remember

13    how long that while was, we did not really had a

14    head of training.  Because Amanda wasn't replaced

15    immediately.  But then a few months later, and I

16    wish I could remember when that was, Colbert came

17    in.

18         Q.   Okay.  Let me just hand you this document,

19    it might help to refresh your recollection about

20    when everything happened.  Okay?

21              What I'm handing you is the Declaration of

22    Liliana Camara.  And it is -- it has been marked ---

23         A.   --- Oh, this one from a while ago.  Okay.

24    Never mind.

25              Is this the thing you asked me at the



1          Q.    Who had access to see it?

2          A.    I mean, the company has access to all of

3     our emails, so....

4          Q.    Well, what I don't understand from you, as

5     a supervisor, Nadine's supervisor specifically, are

6     you saying to me that rather than speak to Ms. Lee

7     or document what she wasn't doing and sharing it

8     with, say, human resources, you just decided to keep

9     a separate folder just in case you might need it at

10    some point in the future?

11         A.    No.  No.  That's not what I said.

12         Q.    Okay.

13         A.    So we did actually -- so I did talk to

14    Nadine several times about can we work together, can

15    we work as a team, can we agree -- you know, kind of

16    -- I would reach out to her several times.  And I

17    will explain to her, I don't understand why you're

18    refusing to conduct these trainings in Mandarin if

19    they do not speak English.

20              And the answer would always be the same.

21    Well, no, because that -- I'm not doing those

22    trainings.  You know like it will be that refusal.

23    We will talk about it with Colbert, of course.  We

24    will talk about it after.  I did talk about it with

25    Sherry.



*Copy*        Lee v. Market America        04/27/21

Atlantic Professional Reporters, Ltd. - (336)945-9047

1          But it was very -- I did complain to

2     Nadine that I did not feel I was getting the

3     teamwork environment that I was hoping for.  That

4     she -- in a lot of ways I felt like she was imposing

5     her will on what she was going to do and wasn't

6     going to do, and that I did not want to run the

7     training department in that way.  But nothing change

8     anyway.  So I did talk to her several times.

9          Q.   Uh-huh.  So when you talked to Nadine, did

10    you ever give her a written reprimand for poor job

11    performance?

12         A.   Not that I remember.

13         Q.   Did you ever give her a written reprimand

14    for insubordination?

15         A.   No.

16         Q.   Did you ever go to Sherry and instruct

17    Sherry or discuss with Sherry your need to issue a

18    written reprimand to Nadine?

19         A.   No.

20         Q.   For any reason, you never spoke to Sherry

21    about Nadine's job performance until you decided to

22    terminate her.  Correct?

23         A.   Oh no, no, no, no.  We did talk about it.

24    I just didn't say here's what I need to do, or do I

25    reprimand or write her or anything like that.

1          But it was very -- it was like a known

2     issue that Nadine would impose whatever she decided

3     that she was going to do.  It was a known issue for

4     all of us that worked with her.

5          Q.    Uh-huh.

6          A.    And so I did talk about it with Sherry,

7     with Colbert, even with Amanda.

8          Because just as an example, the first day

9     on my job when I was introduced to the group, Amanda

10    discussed, okay, here's how we're going to do this.

11    Here's how we're going to divide up the workload.

12    And Nadine, in front of the entire group, refused

13    and challenged Amanda and said I'm not going to do

14    that.

15          And so we had to end the meeting with

16    Amanda saying, okay, Nadine, you and I are going to

17    discuss this, and then we'll get back to the group.

18    So it was always like that.

19          So I'm not going to do that, I don't

20    agree.  I'm not going to do it.  This is what I'm

21    going to do, and that's it.  So it was -- that was

22    the sense always.

23          Q.    That was your sense always.  Correct?

24          A.    Yes.

25          Q.    And a sense that you never really shared


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 12 of 33

1          Because with -- I mean, it was super

2     taxing.  And I would try to put myself in her shoes

3     as much as I could.  I mean, like I would be like if

4     I had been doing this for 17 years, I would be

5     wanting to not do it either.  You know what I mean?

6          So it wasn't -- so tolerating to me was,

7     to a degree, you know, that tolerance ended at some

8     point.  But it was because I understood the human

9     aspect of, man, you've been doing this for too long.

10         And it was almost like an inside joke

11    whenever we were doing that training, my husbands

12    knew to not even talk to us when we got home because

13    we were taxed.

14         And so it was a little bit of me trying to

15    be understanding of Nadine's history, and respecting

16    the fact that she had been there for a long time,

17    doing it mostly by herself.  So she was sick and

18    tired of it.

19    Q.   So your testimony is that you overlooked

20    what you thought were issues regarding Nadine's job

21    performance because you were looking at the human

22    aspect of what Nadine was going through?

23    A.   Yes.  That was a part of it, yes.

24    Q.   And in doing so you ultimately decided to

25    fire her, though, didn't you?

Case 1:18-cv-01046-WO-JLW  Document 34-4  Filed 05/21/21  Page 13 of 33

1          A.   No.   That's not how I would put it.   When
2    the decision at the end was you keep refusing to do
3    a thing that makes sense for you to do.   You're the
4    only one that speaks that language in this
5    department.   Right?
6              So you keep refusing to do it, and it's
7    pulling teeth, and it's taking so much effort to
8    finally almost having to tell you whether you're
9    wanting to do it or not, you are going to do it.
10   Which is not the management style I like.   I like to
11   work with people, not bark orders and say because I
12   say so.   Right?
13             But it eventually ended up -- with this
14   particular last training, it eventually ended up
15   being the case.   Because I'm not going to have five
16   people sitting in a training that do not speak
17   English.   You know, it's just ridiculous.
18             And then, at the end, you're doing it, and
19   you're doing it poorly.   So we've tried.   We've
20   given you enough chances to reconsider your attitude
21   and work with us as a team.   And you're still not
22   doing it, so we don't see another option.
23        Q.   Well, when you said you've given her
24   enough chances, you never told her that she was in
25   jeopardy of losing her job because she was not doing

1    it or performing it properly.  Correct?

2          A.    Correct.

3          Q.    So when you say you've given her enough

4    chances, what are you talking about?

5          A.    Pointing out that we needed her to do

6    this, that it makes sense for her to do this.  That

7    I complained several times directly to her, can you

8    be a team player.  I need a team.  We're not going

9    to be able to deliver all of this workload if we

10   don't work as a team.

11         Q.    What kind of job repercussions did you

12   suffer because of Nadine's deficiency in terms of

13   performing training?

14         A.    We -- I knew that the unfranchised

15   services reps that were not being trained in English

16   were doing a poor job at their job, at their job,

17   because they were not trained properly.

18         Q.    And so how did that affect your department

19   or how did that affect you?

20         A.    It affected the quality of what we did.

21   We were supposed to deliver these reps ready to take

22   calls and answer the customer's questions.  And they

23   were not equipped to do that because their training

24   did not happen optimally.

25         Q.    And how many people are you talking about?


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 15 of 33

1        A.   At least the two that I talked about

2    before.  And then the other five.  And I can't

3    recall the exact number.  But it was either five or

4    six.

5        Q.   So are you telling me that Nadine's,

6    quote, poor job performance affected up to seven

7    people in the department?

8        A.   So seven people in the unfranchised

9    services department.

10       Q.   Uh-huh.

11       A.   And then on our end, particular in our

12   department, it'll be that whatever she refused to

13   do, then we'll have to do it.  And there was a huge

14   project that we undertake at some point of creating

15   like a data -- like a learning management system, a

16   Wiki type documenting platform for all of the

17   training, documenting everything training-wise.

18            And so we needed the entire team to work

19   on that project.  It was a huge project.  And Nadine

20   refused to work on it.

21            So whatever, you know, could have been her

22   thing to do, it was, Henri, you do it, Abby, you do

23   it.  Somebody else do it, because I'm not going to

24   do that.

25       Q.   Now, you're saying she refused to work on



1        A.    Yes.  Yes.

2        Q.    Not the university?

3        A.    No, no, no.

4        Q.    All right, and then, in number four, you

5    say Nadine Lee was a staff member of the corporate

6    training group when you joined the company.

7        A.    Uh-huh.

8        Q.    Do you see that?

9        A.    Yes.

10       Q.    Nadine was in a management position when

11   you joined the company, wasn't she?  Or do you know?

12       A.    That I know.  So the manager from that

13   team, when I was hired, was Amanda.  And then Amanda

14   had Nadine and Sherry under her.  And it was my

15   understanding that they were both in the same level

16   and reported to Amanda, and that was it.

17       Q.    All right.  Let's go to the second page of

18   your declaration and look at paragraph six.  I

19   championed a number of initiatives in an effort to

20   streamline the corporate training program.  For

21   example, I decided that the corporate training group

22   would transition from Microsoft Office to a

23   Microsoft program known as Confluence.  Confluence

24   promoted team collaboration, Nadine objected and

25   refused to learn or work with the tool.



1          A.    The way I would say it affected me was

2    that I was not being able to produce from the

3    training department what I wanted to produce.

4          A cohesive -- like in that particular

5    example, in that very specific example.  I wanted

6    for that tool to house everything that we were doing

7    on training.  And that was going to include all of

8    the content in English, content in Spanish, content

9    in Mandarin.

10          So like right off the bat the Mandarin

11    content wasn't going to happen because she was not

12    going to upload it, and she was not going to do it.

13    So it was going to be incomplete.  So I felt like

14    what I was delivering as a whole department wasn't

15    happening because of that.  In that sense, yes.

16          Q.    And you did what about it?

17          A.    I did not document it, if that's what

18    you're asking.  No, I did not.

19          Q.    What did you do about it?

20          A.    I would discuss it.

21          Q.    With whom?

22          A.    With Nadine, with Colbert and with Sherry.

23          Q.    And that's it?

24          A.    Yes.

25          Q.    Okay.  Going down to paragraph seven, you



1    your knowledge on what was happening, all you knew

2    was this little part here.  And I didn't think that

3    was a good use of our human potential in the

4    department.

5          Q.    Who else was able to conduct Mandarin

6    training?

7          A.    Nobody.

8          Q.    Just Nadine.  Correct?

9          A.    Uh-huh.

10                MS. DEBOARD:  Was that a yes?

11                THE WITNESS:  Yes.  Sorry.

12          Q.    (Ms. Gray)  You say Nadine objected to

13    this, claiming that she was the only expert in

14    certain aspects of the company, and that she would

15    only allow another trainer to conduct her trainings

16    every once in a while, as long as she could monitor

17    the training, and only her materials were used.

18                Do you see that?

19          A.    Uh-huh.

20          Q.    You agree that Nadine was the only expert

21    in Mandarin training for the company.  Correct?

22          A.    Yes.

23          Q.    And up until the time that you came in as

24    Nadine's manager, Nadine was the one who was

25    responsible for preparing all of the materials


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 19 of 33

1          Q.    (Ms. Gray)  Okay.  Now, before we stopped,

2    we were talking about paragraph number 11 on your

3    declaration.  And you said simply stated, Nadine did

4    not accept the new vision of the corporate training

5    group.

6          Do you see that?

7          A.    Uh-huh.

8          Q.    Did you ever document, in terms of an

9    email to your staff or any type of a newsletter or

10   an announcement, what your new vision was for

11   corporate training -- for the corporate training

12   group?

13         A.    Written?  No, that I remember.

14         Q.    Right.

15         So any announcement that you would have

16   made did not come in the form of something written

17   that would have been disseminated throughout the

18   company.  Is that correct?

19         A.    Correct.

20         Q.    So then, the only evidence you have of

21   what your new vision for the corporate training

22   group was would have been a verbal announcement or a

23   statement to the members of that staff.  Correct?

24         A.    Correct.

25         Q.    Did you collectively meet as a group



1      together at once to talk about your new group

2      vision?

3          A.    Yes.

4          Q.    When was that?

5          A.    When we talked about it, when we -- when

6      Colbert left.  We had two meetings.  We had one

7      meeting as a team.  I mean -- team, I mean Nadine,

8      Cherri, Henri, Abby and myself.

9                And then, we had basically the same

10     meeting with Sherry.  Because Sherry wanted to get

11     more acquainted with what the training department

12     was doing since Colbert never really got replaced in

13     terms of -- because Colbert used to report to Mark.

14               And so, when I -- this was -- so after

15     Colbert left, I was going to be promoted as managing

16     the department, but reporting to Sherry.  So it was

17     almost like Sherry was going to be the new Colbert,

18     but Sherry didn't know what Colbert did or didn't

19     do, a lot of what Colbert did.  So she needed to

20     know exactly what we were all working on and were

21     going to do.

22               So we had that second meeting, and we

23     basically went over the same thing that we had

24     already discussed without Sherry.

25          Q.    Are you aware that there was a job

Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 21 of 33

 1     responsibilities meeting in September of 2016?

 2               And that was the one that was held by

 3     Colbert.

 4          A.   2016?  Yeah.  I mean, we had several

 5     meetings.  I cannot say that I remember that one

 6     specifically.

 7          Q.   But was that the meeting where Colbert

 8     talked about what she did and what the transition

 9     was going to look like with her being gone?

10          A.   September of 2016?

11          Q.   Yes.

12          A.   But she left in ---

13          Q.   --- November.

14          A.   Oh.  So yes.  So then, there must have

15     been one before she left, yes.

16          Q.   And then, was there also a meeting in

17     January of 2017 where Sherry was present?

18          A.   Yes.

19          Q.   And during that meeting, isn't it true

20     that you all discussed the job responsibilities for

21     the individuals in the corporate training group?

22          A.   Yes.

23          Q.   And do you have a recollection of what job

24     responsibilities were assigned to Nadine?

25          A.   So yes.  Basically the same -- the same



1    that we have been doing -- it was almost like

2    nothing big changed after Colbert left in terms of

3    what we were doing, the way we were operating.

4    Right.

5              So Nadine was going to be in charge of

6    anything that had to do with Mandarin or Asian

7    country markets.  And whatever else she was doing

8    before, it was going to continue to be the same,

9    with one exception probably.  Well, two exceptions.

10   The new -- sort of new thing, that was Confluence.

11   That was going to be something that was not

12   happening before.

13             And then, I also had a suggestion, and

14   that's what -- maybe point seven -- where there was

15   training, the MPCP training that was done for new

16   hires in the company in general.  That was in a

17   training that was a big, huge spider web the

18   training department did in general.  Because, again,

19   the bulk of it was unfranchise services, the reps.

20             But we did need for the whole company, our

21   employees, to know high-level idea of what the

22   company was about.  And so Nadine was in charge of

23   doing that training solely before, entirely.  That

24   was her training.

25             And I saw an opportunity for growth for

1    all of us, actually, in the department to deliver

2    that training.  So that was the only suggestion.  So

3    other than Confluence and that change, nothing else

4    changed.

5         Q.   Okay.  Now, let me ask you about the

6    cross-training.  What was the ultimate result of

7    your cross-training vision within the department?

8         A.   So a couple of things.  So what I talked

9    about before, where if somebody was caught up with a

10   project and that training needed to happen, other

11   people could do it.  That was one.

12              With the MPCP, specifically -- so the

13   company, as I've mentioned before, has two big

14   conferences a year.  And there's a lot of prepping

15   that goes on that.  It's about, I don't know, two or

16   three months before those conferences, a lot of

17   people put aside whatever they're doing, and they

18   only work on those things.

19              So in training we have to at the same time

20   be prepared to deliver trainings for those new

21   programs as soon as they came up.  And so for us to

22   be able to get screenshots or material on what those

23   programs were, because they were happening so

24   quickly, it was better to have connections in the

25   company to know who does what.

1    A.    Yes.

2    Q.    Just you and Sherry?

3    A.    Uh-huh.

4    Q.    And did you go to Sherry and tell her that

5    you were planning to terminate Nadine?

6    A.    No.  I think this was a decision that both

7    of us ended up concluding at the end of a meeting.

8    Q.    When was that meeting?

9    A.    I cannot remember that.  It wasn't too far

10   from the actual termination date.

11   Q.    So did you go to Sherry and say you're

12   thinking about terminating Nadine, or was it vice

13   versa, or how did it -- how did this meeting come

14   about?

15   A.    We had several -- Sherry and I had several

16   conversations about the concerns we had with

17   Nadine's attitude.  And given that it had been so

18   consistent, and given that she had refused or

19   challenged the authority of her last three managers,

20   myself included, we concluded that it was in the --

21   the best interest for the company was to not have

22   Nadine in the team.

23   Q.    Okay, and you and Sherry made that

24   decision?

25   A.    Yes.


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 25 of 33

```
 1          Q.    And who communicated the decision to

 2     Nadine?

 3          A.    I did.

 4          Q.    How did you do that?

 5          A.    In a meeting at Sherry's office.

 6          Q.    Okay.  How did you set the meeting up?

 7          A.    I was in Sherry's office, and Sherry

 8     called Nadine at her cubicle and asked her to come

 9     to the office.

10          Q.    And once she came to the office, what was

11     said?

12          A.    I don't remember exactly.  But I

13     communicated to Nadine that we have reached the

14     decision to let her go because of issues with her

15     performance.

16          Q.    Issues with her performance?  Job

17     performance?

18          A.    Yes.

19          Q.    And that's what you told her?

20          A.    Well, so my -- the core of my argument was

21     that Nadine was not being a team player, basically.

22     That we were having a lot of trouble getting her to

23     work as a part of the team.  That she was just doing

24     whatever she decided she was going to do, and that

25     was it.  And that we could not continue to operate
```



1      the team -- the training team under those

2      circumstances.

3          Q.   Okay.  Now, I asked you earlier if you had

4      given Nadine any verbal warnings about her job

5      performance.  And I believe your answer was no.  Is

6      that correct?

7          A.   Uh-huh.  Correct.

8          Q.   Okay.  Are you aware that the company has

9      an employee handbook that contains policies related

10     to various aspects of the job, including policies

11     that pertain to disciplining an employee other than

12     dismissal?

13         A.   No.

14         Q.   You never knew about these policies?

15         A.   I don't remember reviewing them, no.

16         Q.   Did you have any training on the policies?

17         A.   I received a handbook, and I should have

18     read as much as I could when I was first hired.  But

19     that was it.

20         Q.   Okay.  I have been provided documents by

21     the company that are Bates stamped MA725 through

22     740.  And these are the employee policies that I'm

23     referring to.

24              And according to their employee policies,

25     verbal warnings, although they are verbal in nature,


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 27 of 33

1        A.    Correct.

2        Q.    And to your knowledge, Sherry never

3   provided any type of written warning to Nadine.

4   Correct?

5        A.    Correct.

6        Q.    And as you sit here today, you would agree

7   with me that you've never produced any such a

8   writing that would have been included in Nadine's

9   personnel file.  Correct?

10        A.    Correct.

11        Q.    And to your knowledge, did Sherry ever

12   produce any written warning that would have been

13   included in Nadine's personnel file?

14        A.    Not that I know of.

15        Q.    At the time that you terminated Nadine,

16   you indicated that you replaced her with Rose.  Is

17   that true?

18        A.    Uh-huh.

19            MS. DEBOARD:  Is that a yes?

20            THE WITNESS:  Yes.

21        Q.    (Ms. Gray)  Why did you replace her with

22   Rose?

23        A.    So during Rose's training -- so first of

24   all, Rose was bilingual.  And finding a Mandarin and

25   English combination of bilingual person around here



1       is not that easy.  That was a huge advantage.

2                   And during Rose's training, she displayed

3       a great amount of work ethic, interest in the job,

4       interest in learning.  In fact, she asked -- we

5       never asked her to attend meetings, training,

6       because she was having that training in English.  So

7       we didn't deem it necessary.

8                   But she asked Brandi for permission to

9       attend that training so she could get more of what

10      she was already being trained on, right.  The more

11      exposure, the more she could learn.

12                  And then, when she was attending that

13      training, she realized, oh, they're reviewing

14      material that has screenshots that are not updated.

15      Some of the things that are being said here conflict

16      with the other thing that I'm learning in that

17      training.

18                  And so she displayed a great interest in

19      properly learning the job duties and being

20      proactive.

21          Q.   Okay, so at the time that Nadine was

22      terminated, her title was global training projects

23      manager.  Correct?

24          A.   Correct.

25          Q.   And are you telling me that you hired Rose


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 29 of 33

1     to a management position to take Nadine's place?

2          A.   So Rose was not going to take the complete

3     -- so Rose was not going to take the complete

4     portfolio of what Nadine was doing.  It was going to

5     be mainly -- and Nadine had experience -- I mean,

6     Rose had experience as an instructor.  I believe she

7     had been -- she had had a teaching position in

8     China, if I remember correctly.  So she was trained

9     as a trainer.

10              And so she was not going to take -- at

11    least to begin with, it was not going to be one

12    hundred percent of what Nadine did.

13         Q.   So you agree with me that Rose was not

14    hired to take Nadine's position as the global

15    training projects manager?

16              MS. DEBOARD:  Objection to form.

17         Q.   (Ms. Gray)  Correct?

18              MS. DEBOARD:  Objection to form.  You

19    can answer.

20              THE WITNESS:  She was not given the

21    exact same title, no.

22         Q.   (Ms. Gray)  And you would agree with me

23    that the training Rose received prior to taking

24    Nadine's job was training that she received from

25    Nadine?


Case 1:18-cv-01046-WO-JLW   Document 34-4   Filed 05/21/21   Page 30 of 33

1          Q.   Just you made that decision.  Correct?

2          A.   Yes.

3          Q.   What portion of Nadine's job was assigned

4     to Rose?

5          A.   I would say -- so it gets tricky because

6     since Nadine was refusing to work on Confluence, I

7     cannot count that as part of her job, because she

8     wasn't doing it.

9               But from what she was doing, I would say

10    70 to 80 percent what got transferred to Rose.

11         Q.   Seventy to 80 percent of what Nadine had

12    been doing was transferred to Rose?

13         A.   Uh-huh.  Yes.

14         Q.   Are you sure about that?

15         A.   From the recollection I have today, yes.

16         Q.   Did you interview anyone for -- to take

17    Nadine's position?

18         A.   We interviewed Rose.

19         Q.   When you say we, who do you mean?

20         A.   Brandi, Sherry and I.

21         Q.   Was the position posted?

22         A.   I do not remember.

23         Q.   Did you receive applications for the

24    position?

25         A.   I don't remember.



1     application?

2          A.    Uh-huh.

3          Q.    So at the time that you made the decision

4     to hire Rose in the position, what did you know

5     about her job performance or her background, other

6     than what you saw in terms of her working under your

7     supervision?

8          A.    She had experience in instruction,

9     teaching ---

10         Q.    --- You saw her -- you saw this.  Is that

11    what you're saying?

12               You observed her having ---

13         A.    --- No.  From her background.

14         Q.    Okay.  Listen to my question.  All right?

15               You said you don't recall if you saw the

16    application before you hired her.  Correct?

17         A.    Correct.

18         Q.    So let's talk about the things you do

19    know.  And that is in terms of what you observed

20    from Rose.

21         A.    Yes.  In terms of what I observed from

22    Rose was her work ethic, her way of being super

23    proactive to learn more things, to make sure that

24    she understood entirely what she's supposed -- she

25    was supposed to know, to go above and beyond what



1    she was asked.

2              And I did talk to her at some point about

3    her teaching experience.  So I knew that.  And she

4    did share with me something that I don't see listed

5    there, which was teaching in China.  So I don't know

6    if I saw that in there or not.

7         Q.   Uh-huh.

8         A.   But we did talk about that.  So I knew she

9    had that experience.

10        Q.   Okay.  Anything else?

11        A.   No.

12        Q.   Now, this job application that Rose

13   submitted to Market America was for a position that

14   she was applying for called the unfranchised

15   services representative.  Are you aware of that?

16        A.   That ---

17        Q.   --- Yes.

18        A.   --- Application?

19        Q.   Yes.

20        A.   Oh.  No, that -- I mean, I didn't know

21   that was the application for unfranchise services.

22        Q.   Are you aware that that was the position

23   she applied for when she started, first started ---

24        A.   --- When she started, yes.

25        Q.   --- At Market America?

