Exhibit 7

Email from Brandi Foster dated June 22, 2017

**Sherry Spesock**

**From:** Liliana Camara
**Sent:** Thursday, June 22, 2017 9:50 AM
**To:** Sherry Spesock
**Subject:** FW: UFS New hire training

FYI... Interesting

Liliana Cámara
Global Training Manager
Direct 336-389-6786
Fax: 336-605-0041
Email lilianac@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM™

USA | Canada | Australia | Taiwan | Hong Kong | United Kingdom | Mexico | Singapore | Spain

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. Any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please contact the sender and delete the material from your computer.

**From:** Brandi Foster
**Sent:** Thursday, June 22, 2017 9:23 AM
**To:** Liliana Camara <lilianac@marketamerica.com>
**Subject:** RE: UFS New hire training

Good morning,
As an FYI – Nadine spoke with me yesterday morning. She stated that she will be very busy during the month of July preparing for her Malaysia trip and would only be available for 2 hours per day for the "book training." Any system training she asked for my help in that I find a resource within my department to teach the new employee.

I told her that we would work it out with my department. She stated that she hadn't had a chance to review this with you just yet, but I thought you'd like to know.

Let me know if you have any questions/concerns regarding.

Thank you,

Brandi M. Foster
Global Director | Account Services
Direct: (336) 478-4106
Email: brandif@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM™

USA | Canada | Australia | Taiwan | Hong Kong | United Kingdom | Mexico | Singapore | Spain