Exhibit 8

Email dated October 5, 2017

**From:** Sherry Spesock
**Sent:** Thursday, October 5, 2017 5:56 PM
**To:** Marc Ashley2 <MarcA2@marketamerica.com>
**Cc:** Liliana Camara <lilianac@marketamerica.com>
**Subject:** NHR/Offer Letter - A566 Training Specialist

Hi Marc,

Please review and provide your approval, if you are in full agreement with the terms of the attached NHR and Offer.

NHR:

| | |
|---|---|
| Position Title: | Training Specialist |
| Position #: | A566 |
| Department: | HR |
| Hiring Manager: | Liliana Camara |
| Department Leader: | Sherry Spesock |
| New / Replacement: | Replacement – Nadine Lee, (termed 10.5.2017) |
| Recommended Salary: | $40,000.00 |
| Comments: | |

Offer:

| | |
|---|---|
| Candidate: | Rose Chaffin |
| Position: | Training Specialist A566 |
| Department: | Training - 200 |
| Reports to: | Liliana Camara |
| New or Replacement: | Replacement – Nadine Lee (termed 10.5.2017) |
| Salary: | $19.24/hr / $40,019.20 annually |
| Moving Expenses: | N/A |
| Special Conditions: | N/A |
| Replaces Offer: | N/A |
| Source: | Internal Transfer |
| Comments: | Moving Rose from Unfranchise Services to Training. We understand that this is a big jump from what she is currently making however feel it is justified based on her amount of skill set and knowledge. |

Rose is currently at $12.50/hr / $26,000.00 annually. In Unfranchise Services, she averaged 41.21 hours per week. She recently had received another job opportunity (higher salary) outside of Market America but turned it down due to her utmost respect for Brandi and because Brandi told her that she could do great things here at MA.

If you have any questions, please let me know.