Exhibit 9

Employee HR Action Form



CONFIDENTIAL

## New Hire Data Form

Employee Name: Xiuman Chaffin    Preferred Name: Rose
Address: [redacted]    Apt/Unit #: /
City: [redacted]    State: NC    Zip: 27284
Home Phone #: 336-[redacted]    Cell Phone #: 336-[redacted]
Email Address: asheby3@hotmail.com
Do you use Tobacco Products? [redacted]    Do You Receive Medicare Benefits? [redacted]
Marital Status (Please Circle): (Married)  Single

Emergency Contacts (local):
Primary Name: David Chaffin    Home Phone: 336-[redacted]    Mobile Phone: 336-[redacted]
Address: [redacted] NC 27284    Relationship: husband
   (City)   (State)   (Zip)
Secondary Name: Maria Vollinks    Home Phone: 336-[redacted]    Mobile Phone: 336-[redacted]
Address: [redacted] 27284    Relationship: Friend
   (City)   (State)   (Zip)

### Voluntary EEO

Race/Ethnicity:
Hispanic or Latino ☐    White ☐ (Not Hispanic or Latino)    Black or African American ☐ (Not Hispanic or Latino)    Asian ☒ (Not Hispanic or Latino)

American Indian or Alaskan Native ☐    Native Hawaiian or Other Pacific Islander ☐    Other ☐ (Not Hispanic or Latino)

Gender: Male ☐    Female ☐

Employee Signature: Xiuman Chaffin    Date: 1-5-2017

MA 567