Exhibit 11

Enrollment/Payroll Form

# ENROLLMENT/CHANGE PAYROLL FORM

☑ New ___ Rate Increase ___ Promotion ✓ Replacement ___ Other

**EMPLOYEE INFORMATION**      For Yang Pin

Today's Date: 9/18/00      Hire Date: 9/18/00
Department: D/S      Supervisor: h Josephs
Job Title: Distributor Ser. Rep
Name: Lee      Hui Minn
     Last     First     Middle Initial

Social Security #: ▮▮▮▮▮      Birthday: 03/16/60

Address: ▮▮▮▮▮
City: Greensboro      State: NC      Zip: 27410

**PAYROLL INFORMATION:**

Filing Status _____      # Exemptions: Federal ___ State ___

Full Time ___  Part Time ___
Current rate of Pay: $11.00      New Rate of Pay: _____

If retro pay is needed, to what date? _____

If this is a replacement position, please explain _____

*Position and Wage History*

| Date: | History | Rate of Pay |
|---|---|---|
| | | |
| | | |
| | | |

Signatures:   Supervisor: _____
           Executive: _____