IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:18-cv-1046

| | | |
|---|---|---|
| HUI MINN LEE, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| | ) | *Plaintiff's Response in Opposition to* |
| vs. | ) | *Defendant's Motion for Summary Judgment* |
| | ) | |
| | ) | |
| MARKET AMERICA, INC., | ) | |
|     *Defendant*. | ) | |

COMES NOW the Plaintiff, Hui Minn Lee, by and through the undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, responding in opposition to the Defendant's Motion for Summary Judgment. In support of this response, the plaintiff files her memorandum with attached exhibits contemporaneously herewith.

This the 4th day of June, 2021.

GRAY NEWELL THOMAS, LLP

BY:   /s/ Angela Gray
      Angela Newell Gray
      7 Corporate Center Court, Suite B
      Greensboro, NC 27408
      Telephone: (336) 285-8151
      Facsimile: (336) 458-9359
      Email: angela@graynewell.com
      *Attorney for Plaintiff*
      NC Bar # 21006

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:18-cv-1046

| | | |
|---|---|---|
| HUI MINN LEE, | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| | ) | |
|    vs. | ) | *Certificate of Service* |
| | ) | |
| | ) | |
| MARKET AMERICA, INC., | ) | |
|    *Defendant*. | ) | |

    I, Angela Newell Gray, Attorney for the Plaintiff, do hereby certify that I served the foregoing Plaintiff's Response in Opposition to the Defendant's Motion for Summary Judgment upon counsel for the Defendant shown below by electronically filing the same with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney of record;

                   Camilla DeBoard; cfd@trslaw.com


This the 4th day of June, 2021.

     /s/ Angela Gray
     Angela Newell Gray
     Gray Newell Thomas, LLP
     7 Corporate Center Court, Suite B
     Greensboro, NC  27408
     Tel:    (336) 285-8151
     Fax:   (336) 458-9359
     Email: angela@graynewell.com
     NC State Bar #21006