Exhibit B

Job Performance Evaluations

CONFIDENTIAL

# SALARIED EMPLOYEE EVALUATION FORM

Employee Name: Nadine Lee                                Date: 09/13/2010

Position/Title: Corporate Trainer

## I. Productivity

Consider the quantity of SATISFACTORY work produced compared to the REQUIREMENTS of the job. Rate each example of Productivity performance with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Understands priorities of the job |  | x |  |  |
| Makes and meets time commitments |  |  | x |  |
| Meets specific and measurable objectives |  |  | x |  |
| Organizes work effectively |  |  | x |  |
| Considers impact of actions on other work activities |  |  | x |  |
| Meets productivity expectations of position |  |  | x |  |
| Uses time wisely |  |  | x |  |
| Monitors and controls timing of assignments |  | x |  |  |
| Job knowledge relative to time on job, |  |  | x |  |

Comments:
Nadine does a wonderful job of keeping her projects on schedule despite having to work through changes that are often outside of her control. She continues to consider the international offices when planning her work assignments.

## II. Quality

Consider accuracy, thoroughness, and appearance of work required by the job. Rate each example of performance to the quality of work with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Direction Required to perform assignments at expected quality level |  | x |  |  |
| Appearance of assignments |  |  | x |  |
| Services the needs of others who depend on the job |  |  | x |  |
| Considers impact of quality of own work on other work activities |  |  | x |  |
| Follows through with assignments |  |  | x |  |
| Demonstrates attention to detail |  |  | x |  |
| Identifies and implements methods for improvement |  | x |  |  |
| Responds in a timely manner and accurately to assignments |  |  | x |  |
| Produces quality work under a range of conditions, handles job demands and is flexible |  | x |  |  |

Comments:
Nadine requires little direction when preparing for her assigned work projects and is well versed in executing regular curriculum courses. She is very proactive in drafting timelines for new and existing projects for DS team trainings to meet their changing needs. Nadine is and has always been very flexible when dealing with the demands of the job and the regular changes that impact our training plan and material accuracy.

Document #: MA-HR-F.004                    1                    Revison: MA 310 09-07

Case 1:18-cv-01046-WO-JLW   Document 36-2   Filed 06/04/21   Page 2 of 17

## SALARIED EMPLOYEE EVALUATION FORM

### III. Initiative/ Problem Solving

Rate each example of Initiative/Problem Solving performance behavior with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Responds quickly to problems |  |  | x |  |
| Seeks and uses appropriate resources to develop solutions |  |  | x |  |
| Evaluates alternatives |  |  | x |  |
| Demonstrates initiative and takes or recommends actions |  |  | x |  |
| Checks that solution is right |  |  | x |  |
| Stays with a problems, overcomes obstacles until the matter is resolved |  |  | x |  |
| Performs well under a range of conditions |  |  | x |  |
| Displays energy and drive in accomplishing difficult assignments |  |  | x |  |
| Takes action beyond what is called for |  |  | x |  |
| Has taken steps to improve personal, professional and technical competence |  |  | x |  |
| Understands impact of own decisions |  |  | x |  |

Comments:
Nadine is a regular contributor to brainstorming meetings to tackle current issues that arise in our daily projects. She is supportive to the department and our internal customers when we implement any changes to enhance the learning experience.

### IV. Work Relationships

Rate each example of Work Relationships performance with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Accepts responsibility for actions |  |  | x |  |
| Is appropriately flexible in dealing with others |  |  | x |  |
| What the person says is specific and understood |  |  | x |  |
| Is open minded and listens well |  |  | x |  |
| Gets ideas accepted |  |  | x |  |
| Follows rules, regulations, policies and procedures |  | ~ | x |  |
| Cooperation to maintain harmonious relationships |  |  | x |  |
| Willingness to assist in other areas |  |  | x |  |
| Promoted teamwork and cooperation |  |  | x |  |
| Understands Differences in people and adjusts accordingly |  |  | x |  |

Comments:
Nadine has built and maintains wonderful working relationships with all MA personnel she encounters. She also maintains a very positive relationship with distritubutors from her regular assistance with Certified Training schools.

# SALARIED EMPLOYEE EVALUATION FORM

## V. Punctuality/ Availability

Rate each example of Punctuality/Availability performance with a check mark

| | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time | | | x | |
| Ready to begin work on time | | | x | |
| Informs others when leaving work area | | | x | |
| Presence in work area | | | x | |
| Spends working time on work or available for assignments | | | x | |
| Conforms to departmental work schedules, including attendance | | | x | |

Comments:
Nadine is punctual and prepared for work and work assignments as expected.

## VI. Convention Performance

Rate each example of employee's performance at annual convention with a check mark

| | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time | | | | |
| Cooperative, willing to do what is required | | | | |
| Informs others when leaving work area | | | | |
| Stayed focused on job and worked efficiently | | | | |
| Learned quickly, required little direction | | | | |
| Worked well with others | | | | |

Comments:
Due to overseas travel to the Philippines for training to aid in the September opening, Nadine was unable to contribute to International Convention this year.

Manager _[signature]_   Executive Approval _[signature]_
Date 11/5/10    Date

Employee Signature _[signature]_
Date 11/5/10    10/14/10

Current Pay rate: ____ $945.55/wk ($51,135.34/yr) ____

Recommended increase to: $54,000  5.6%  Retro to ~~anniv. date~~ 9-18
                         1038.47   92.92 x 2 wks = 185.84

**Additional Comments:**
We appreciate Nadine's willingness to bear the primary responsibility of supporting our international staffs in HK, TWN and PH by keeping up to date on their processes, documenting/translating training materials, and traveling as needed for classroom training. I'd like to formally thank her for her flexibility and loyalty to our department and the company through these efforts.

# SALARIED EMPLOYEE EVALUATION FORM

Employee Name: Nadine Lee     Date: 09/19/2013

Position/Title: Corporate Trainer

### I. Productivity
Consider the quantity of SATISFACTORY work produced compared to the REQUIREMENTS of the job. Rate each example of Productivity performance with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Understands priorities of the job |  | x |  |  |
| Makes and meets time commitments |  |  | x |  |
| Meets specific and measurable objectives |  |  | x |  |
| Organizes work effectively |  |  | x |  |
| Considers impact of actions on other work activities |  |  | x |  |
| Meets productivity expectations of position |  | x |  |  |
| Uses time wisely |  |  | x |  |
| Monitors and controls timing of assignments |  | x |  |  |
| Job knowledge relative to time on job, |  |  | x |  |

Comments:
As the company continues to grow, our department requests have continued to increase. Nadine continues to accept new assignments to document new program/project details to offer timely training. The details of our internal programs have become increasinly more detailed which requires much more strategic thinking and questions during the material development and Nadine's experience with the business has proven much more of an asset in faciliting the training.

### II. Quality
Consider accuracy, thoroughness, and appearance of work required by the job. Rate each example of performance to the quality of work with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Direction Required to perform assignments at expected quality level |  | x |  |  |
| Appearance of assignments |  |  | x |  |
| Services the needs of others who depend on the job |  |  | x |  |
| Considers impact of quality of own work on other work activities |  |  | x |  |
| Follows through with assignments |  |  | x |  |
| Demonstrates attention to detail |  |  | x |  |
| Identifies and implements methods for improvement |  | x |  |  |
| Responds in a timely manner and accurately to assignments |  |  | x |  |
| Produces quality work under a range of conditions, handles job demands and is flexible |  | x |  |  |

Comments:
The quality of Nadine's work remains impeccable, especially the attention to detail that has become increasingly important of late with the changes around the global business requirements.

## III. Initiative/ Problem Solving

Rate each example of Initiative/Problem Solving performance behavior with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Responds quickly to problems |  | x |  |  |
| Seeks and uses appropriate resources to develop solutions |  | x |  |  |
| Evaluates alternatives |  |  | x |  |
| Demonstrates initiative and takes or recommends actions |  |  | x |  |
| Checks that solution is right |  |  | x |  |
| Stays with a problems, overcomes obstacles until the matter is resolved |  |  | x |  |
| Performs well under a range of conditions |  |  | x |  |
| Displays energy and drive in accomplishing difficult assignments |  |  | x |  |
| Takes action beyond what is called for |  |  | x |  |
| Has taken steps to improve personal, professional and technical competence |  |  | x |  |
| Understands impact of own decisions |  |  | x |  |

Comments:
Nadine continues to be proactive in making interested parties aware of potential issues/questions with new programs and systems. This serves the company and the T&D department by ensuring that training is as effective as possible when offered.

## IV. Work Relationships

Rate each example of Work Relationships performance with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Accepts responsibility for actions |  |  | x |  |
| Is appropriately flexible in dealing with others |  | x |  |  |
| What the person says is specific and understood |  |  | x |  |
| Is open minded and listens well |  |  | x |  |
| Gets ideas accepted |  |  | x |  |
| Follows rules, regulations, policies and procedures |  |  | x |  |
| Cooperation to maintain harmonious relationships |  | x |  |  |
| Willingness to assist in other areas |  | x |  |  |
| Promoted teamwork and cooperation |  |  | x |  |
| Understands Differences in people and adjusts accordingly |  |  | x |  |

Comments:
Nadine has developed and maintained strong working relationships which serve her when the need arises to seek assistance with developing materials for training.

# SALARIED EMPLOYEE EVALUATION FORM

## V. Punctuality/ Availability

Rate each example of Punctuality/Availability performance with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time |  |  | x |  |
| Ready to begin work on time |  |  | x |  |
| Informs others when leaving work area |  |  | x |  |
| Presence in work area |  |  | x |  |
| Spends working time on work or available for assignments |  |  | x |  |
| Conforms to departmental work schedules, including attendance |  |  | x |  |

Comments:
Nadine is punctual and prepared for work and work assignments as expected.

## VI. Convention Performance

Rate each example of employee's performance at annual convention with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time |  | x |  |  |
| Cooperative, willing to do what is required |  | x |  |  |
| Informs others when leaving work area |  | x |  |  |
| Stayed focused on job and worked efficiently |  | x |  |  |
| Learned quickly, required little direction |  | x |  |  |
| Worked well with others |  | x |  |  |

Comments:
Nadine did a wonderful job working the Ticket Booth at IC 2013. In addition to working extended hours starting Wednesday for IC Ticket Sales, Nadine also assists the Field Training on Monday and Tuesday to present the majority of the ECCT class for the Asian Distributors.

Manager ___Amanda Clarida___

Date __9/19/2013__

Executive Approval _[signature]_

Date __9-30-2013__

Employee Signature _[signature]_

Date __10/11/13__

Current Pay rate: ____$1134/wk ($58,968/yr)____

Recommended increase to: __

− 60,968   1172.40

Additional Comments:
Nadine is a very respected member of the T&D department and she has cultivated a wealth of knowledge throughout her tenure with the company. Her understanding of the business plan continues to serve us to understand how changes are being applied and how they will affect our staff as well as the field Distributors. The evolution of the department will continue to impact Nadine as a senior Trainer in the department and I hope to empower her more to approve and assign work as requests are received.

# SALARIED EMPLOYEE EVALUATION FORM

Employee Name: Nadine Lee  Date: 09/28/2011

Position/Title: Corporate Trainer

## I. Productivity

Consider the quantity of SATISFACTORY work produced compared to the REQUIREMENTS of the job. Rate each example of Productivity performance with a check mark.

| | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Understands priorities of the job | | x | | |
| Makes and meets time commitments | | | x | |
| Meets specific and measurable objectives | | | x | |
| Organizes work effectively | | | x | |
| Considers impact of actions on other work activities | | | x | |
| Meets productivity expectations of position | | | x | |
| Uses time wisely | | | x | |
| Monitors and controls timing of assignments | | x | | |
| Job knowledge relative to time on job, | | | x | |

Comments:
Nadine's productivity continues to meet department and company needs as much as possible. With the addition of new products, programs, policies, etc. she continues to make the effort to stay abreast of changes that affect the call center to maintain the integrity and accuracy of our material for that group.

## II. Quality

Consider accuracy, thoroughness, and appearance of work required by the job. Rate each example of performance to the quality of work with a check mark.

| | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Direction Required to perform assignments at expected quality level | | x | | |
| Appearance of assignments | | | x | |
| Services the needs of others who depend on the job | | | x | |
| Considers impact of quality of own work on other work activities | | | x | |
| Follows through with assignments | | | x | |
| Demonstrates attention to detail | | | x | |
| Identifies and implements methods for improvement | | x | | |
| Responds in a timely manner and accurately to assignments | | | x | |
| Produces quality work under a range of conditions, handles job demands and is flexible | | x | | |

Comments:
The quality of work from Nadine is great! As a team, I'd like for us to focus a bit more on appearance and flow of material and Nadine's preparatory skills and attention to detail will serve this initiative quite positively. Nadine continues to do an awesome job of managing her training responsibilities remains exceedingly flexible to meet the ever changing needs of requesters.

# SALARIED EMPLOYEE EVALUATION FORM

### III. Initiative/ Problem Solving
Rate each example of Initiative/Problem Solving performance behavior with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Responds quickly to problems | | | x | |
| Seeks and uses appropriate resources to develop solutions | | | x | |
| Evaluates alternatives | | | x | |
| Demonstrates initiative and takes or recommends actions | | | x | |
| Checks that solution is right | | | x | |
| Stays with a problems, overcomes obstacles until the matter is resolved | | | x | |
| Performs well under a range of conditions | | | x | |
| Displays energy and drive in accomplishing difficult assignments | | | x | |
| Takes action beyond what is called for | | | x | |
| Has taken steps to improve personal, professional and technical competence | | | x | |
| Understands impact of own decisions | | | x | |

Comments:
Nadine takes good initiative to resolve issues as they arise quickly and efficiently. As the training department matures in its ability to handle bigger and more elaborate requests for new courses we will need to rely on her initiative much more. We will also need to focus on making current decisions that are more appropriate for long-term department goals as opposed to easy/quick fixes.

### IV. Work Relationships
Rate each example of Work Relationships performance with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Accepts responsibility for actions | | | x | |
| Is appropriately flexible in dealing with others | | | x | |
| What the person says is specific and understood | | | x | |
| Is open minded and listens well | | | x | |
| Gets ideas accepted | | | x | |
| Follows rules, regulations, policies and procedures | | | x | |
| Cooperation to maintain harmonious relationships | | | x | |
| Willingness to assist in other areas | | | x | |
| Promoted teamwork and cooperation | | | x | |
| Understands Differences in people and adjusts accordingly | | | x | |

Comments:
Nadine is a wonderful co-worker and she continues to have excellent rapport with all her co-workers in and outside of the classroom environment.

## SALARIED EMPLOYEE EVALUATION FORM

### V. Punctuality/ Availability
Rate each example of Punctuality/Availability performance with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time |  |  | x |  |
| Ready to begin work on time |  |  | x |  |
| Informs others when leaving work area |  |  | x |  |
| Presence in work area |  |  | x |  |
| Spends working time on work or available for assignments |  |  | x |  |
| Conforms to departmental work schedules, including attendance |  |  | x |  |

Comments:
Nadine is punctual and prepared for work and work assignments as expected.

### VI. Convention Performance
Rate each example of employee's performance at annual convention with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time |  | x |  |  |
| Cooperative, willing to do what is required |  | x |  |  |
| Informs others when leaving work area |  | x |  |  |
| Stayed focused on job and worked efficiently |  | x |  |  |
| Learned quickly, required little direction |  | x |  |  |
| Worked well with others |  | x |  |  |

Comments:
Based on the evaluation submitted by her IC 2011 booth manager, Nadine did an excellent job in the Ticket booth this year as usual!

Manager _____    Executive Approval _____

Date _____    Date _____

Employee Signature _[signature]_ Nadine

Date 3/8/12

Current Pay rate: ____$1038.47/wk ($54,000.0/yr)____

Recommended increase to: ____$1080.00/wk ($56,160/yr) = 4% increase____

41.53 x 20 = 83060

Additional Comments:
My goals for the growth of the Corporate Training department will impact Nadine and I look forward to working with her on making the transition as smooth as possible. Nadine will need to assist in preparing our new Trainers through training and classroom coaching. I'd like to free Nadine a bit from the classroom so that she can gain a more thorough understanding of how the business plan is evolving as a result of all our new programs so that our material can be more thorough and we can offer our services to more departments and more employees.

# SALARIED EMPLOYEE EVALUATION FORM

<span style="color:orange">CONFIDENTIAL</span>

Employee Name: Hui Minn Lee

Date: October 24, 2014

Position/Title: Corporate Trainer

Department: Corporate Training

## I. Productivity

Consider the quantity of SATISFACTORY work produced compared to the REQUIREMENTS of the job. Rate each example of Productivity performance with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Understands priorities of the job | x |  |  |  |
| Makes and meets time commitments |  | x |  |  |
| Meets specific and measurable objectives |  | x |  |  |
| Organizes work effectively | x |  |  |  |
| Considers impact of actions on other work activities |  | x |  |  |
| Meets productivity expectations of position |  | x |  |  |
| Uses time wisely |  | x |  |  |
| Monitors and controls timing of assignments | x |  |  |  |
| Job knowledge relative to time on job, |  | x |  |  |

Comments:
Nadine is highly skilled and an expert on the MPCP and Global MPCP, as well as EMP and Workflow. She is the go to person for technical questions in the department and is looked to for her thorough technical skills in various stages of new IT projects. She does an excellent job of managing muliple projects while serving as the main point of contact for international training deliverables. Attached is a document that reflects the volume of work that Nadine produced this year. In summary: she trained two new members of the training department in the Marketing Plan for Market America, a Bilingual Trainer and a new Training Manager.

## II. Quality

Consider accuracy, thoroughness, and appearance of work required by the job. Rate each example of performance to the quality of work with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Direction Required to perform assignments at expected quality level | x |  |  |  |
| Appearance of assignments |  | x |  |  |
| Services the needs of others who depend on the job |  | x |  |  |
| Considers impact of quality of own work on other work activities |  | x |  |  |
| Follows through with assignments | x |  |  |  |
| Demonstrates attention to detail | x |  |  |  |
| Identifies and implements methods for improvement |  | x |  |  |
| Responds in a timely manner and accurately to assignments |  | x |  |  |
| Produces quality work under a range of conditions, handles job demands and is flexible |  | x |  |  |

Comments:
One of Nadine's greatest strengths is her attention to detail. This is demonstrated constantly in the work that she produces. She is thorough and accurate as she consistently produces high quality documents for training. She is the training resource who manages all new IT projects in the pipeline to determine training requirements and deliverables. Her flexiblity is demonstrated as she dropped all of her current work to travel to Market America Singapore to train the UFS reps prior to opening of the market. She committed to staying 5 weeks to ensure that in addition to Singapore, Hong Kong and Taiwan received face-to-face training as well.

# SALARIED EMPLOYEE EVALUATION FORM

## III. Initiative/ Problem Solving

Rate each example of Initiative/Problem Solving performance behavior with a check mark.

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Responds quickly to problems | x | | | |
| Seeks and uses appropriate resources to develop solutions | | x | | |
| Evaluates alternatives | | x | | |
| Demonstrates initiative and takes or recommends actions | x | | | |
| Checks that solution is right | | x | | |
| Stays with a problems, overcomes obstacles until the matter is resolved | | x | | |
| Performs well under a range of conditions | | x | | |
| Displays energy and drive in accomplishing difficult assignments | x | | | |
| Takes action beyond what is called for | | x | | |
| Has taken steps to improve personal, professional and technical competence | | | x | |
| Understands impact of own decisions | | x | | |

Comments:
Nadine is an analytical thinker and as a result has very strong problem solving skills. She continuously demonstrates great initiative to very complex problems. Many times her questions are insightful to project managers and highlight corrections needed prior to implementation. Other departments seek Nadine out for her strong technical problem solving skills. She is quick to hit problems head on with tenacity to stick with it until it is totally clear to her as well as her coworkers. She is the subject matter expert for the training team on technical processes as well as system related questions for UFS.

## IV. Work Relationships

Rate each example of Work Relationships performance with a check mark

|  | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| Accepts responsibility for actions | | x | | |
| Is appropriately flexible in dealing with others | | x | | |
| What the person says is specific and understood | | | x | |
| Is open minded and listens well | | | x | |
| Gets ideas accepted | | x | | |
| Follows rules, regulations, policies and procedures | | x | | |
| Cooperation to maintain harmonious relationships | | x | | |
| Willingness to assist in other areas | | x | | |
| Promoted teamwork and cooperation | | x | | |
| Understands Differences in people and adjusts accordingly | | | x | |

Comments:
Nadine is a valued member of the training team and works hard to support her co-workers. She is highly regarded by her teammates for her ability to solve problems, support their learning and serve as a leader on the team.

## SALARIED EMPLOYEE EVALUATION FORM

### V. Punctuality/ Availability
Rate each example of Punctuality/Availability performance with a check mark

| | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time | | x | | |
| Ready to begin work on time | | x | | |
| Informs others when leaving work area | | x | | |
| Presence in work area | | x | | |
| Spends working time on work or available for assignments | | x | | |
| Conforms to departmental work schedules, including attendance | | x | | |

Comments:
Nadine is always at work early and stays late to accomplish the work. She also works at night and on weekends as needed to support the training in the International Markets. She is a great example for many with her dedication and timeliness.

### VI. Convention Performance
Rate each example of employee's performance at annual convention with a check mark

| | Exceptional | Exceeds Expectations | Meets Expectations | Needs Improvement |
|---|---|---|---|---|
| At work area on time | | x | | |
| Cooperative, willing to do what is required | x | | | |
| Informs others when leaving work area | | x | | |
| Stayed focused on job and worked efficiently | x | | | |
| Learned quickly, required little direction | | x | | |
| Worked well with others | | x | | |

Comments:
Nadine is proud of her role with Market America and does an exceptional job supporting the Convention. She is go-to person for many of the international UFOs and is a great resoure to her assigned work area for MAIC. She also teaches a Mandarin CT class prior to the start of the convention.

Manager _Colbert Koeter_ Executive Approval _Mullally_
Date 10/29/14 Date 11-11-2014

_MFarrell 11/3/14_ Employee Signature _Nadine Lee_
Date 11/21/14

Current Pay rate: $1172.46/weekly ($60,967.92 annual)

Recommended increase to: $1231.08/weekly ($64,016.31 annual)
5% increase $3,048.39

Handwritten calculations:
234.48
+ 46.90 Adams
281.38 Retro

1231.08
1172.46
58.62
× 4 wks
234.48

Additional Comments: It was noted on Nadine's 2013 review that she be promoted to Senior International Trainer. Due to the resignation of her manager, this change was not acted upon. In 2014, Nadine has taken the lead on all things related to international training, including travel to Singapore, Hong Kong and Taiwan to train in the UFS processes and systems. It is my recommendation that Nadine be promoted to this position.

Document #: MA-HR-F.004    3    Revison: MA 295 7-10

Case 1:18-cv-01046-WO-JLW   Document 36-2   Filed 06/04/21   Page 13 of 17

SharePoint                                                                                           Colbert Trotter ▾  ⚙  ?

# marketamica.com
### Built on Product. Powered by People.

## Employee Performance Review

| Score | Level | Description |
|---|---|---|
| 4 | Exceptional | Demonstrates the highest standards of performance excellence and achievement of individual goals. |
| 3 | Exceeds Expectations | Exceeds most position requirements and expectations. Shows exceptional performance in some aspects of the position. |
| 2 | Meets Expectations | Meets most position requirements and expectations. Shows strong promise for future growth and higher attainment. |
| 1 | Needs Improvement | Does not meet most position requirements and expectations. Performance does not match the quality and quantity of peers. |

### Assigned

The person who is assigned will be able to view/edit the review. If you are in process of updating a review, assign it to yourself so that you can complete it. Once done assign the performance review to the person who should be able to see/review the evaluation.

Assigned to: Colbert Trotter                                Status: 1. Not Started

### Employee Information

Employee Name: Nadine Lee                                   Supervisor / Reviewer: Colbert Trotter

Employee Title/ID: Senior Global Trainer                    Supervisor Title/ID: Director, Global Talent and OD

Review Year: 2015                                           Attachment: (optional)

### Performance (1 through 4)                                                          Possible Score = 40
                                                                                       Link to Definitions

| Score | 1 | 2 | 3 | 4 | Performance Comments: |
|---|---|---|---|---|---|
| Business Knowledge: | ○ | ○ | ○ | ● | As a Senior Global Trainer, Nadine does an outstanding job in managing a massive amount of training projects. She supports all uptraining needs for Corporate Services and serves as the primary contact with IT regarding new projects and the training needs with new releases. In 2015, she managed over 30 different training projects, including the roll-out of SABP, developing training each time changes were made to the requirements. She also developed training for the new Project Director tool used by the Translations team. |
| Quality of Work: | ○ | ○ | ○ | ● | |
| Organization: | ○ | ○ | ● | ○ | |
| Execution: | ○ | ○ | ○ | ● | |
| Initiative: | ○ | ○ | ● | ○ | Nadine does an exceptional job in managing the needs of all Markets, especially, the Asian markets. Nadine is a yes person who does not have the word "no" in her vocabulary. She works with the needs of all her clients to always work toward a solution. Her logical style allows her to analyze challenges with the ability to find several options to solutions. As a result of this, she is outstanding at finding solutions to very complex problems. With almost 16 years with Market America, she sets the bar very high as her work is flawless and her knowledge of Market America is extensive. |
| Adaptability: | ○ | ○ | ● | ○ | |
| Problem Solving: | ○ | ○ | ○ | ● | |
| Productivity: | ○ | ○ | ○ | ● | |
| Attendance & Punctuality: | ○ | ○ | ○ | ● | |
| Work Ethic: | ○ | ○ | ○ | ● | |

### Relationship Competencies (1 through 4)                                            Possible Score = 40
                                                                                       Link to Definitions

| Score | 1 | 2 | 3 | 4 | Relationship Comments: |
|---|---|---|---|---|---|
| Coworkers Interaction: | ○ | ○ | ○ | ● | Nadine does a good job of building relationships with her co-workers. She is self-motivated and always likes to help others make complicated things more simple. She handles change well and her calm manner, helps others focus on the problem instead of symptoms of it. Market America benefits from her strong decision making skills as she is a go-to person for many in the company to understand MPCP and the details behind our business. |
| Motivational Skills: | ○ | ○ | ○ | ● | |
| Supervisor Interaction: | ○ | ○ | ○ | ● | |
| Leadership: | ○ | ○ | ● | ○ | |
| Customer Focus: | ○ | ○ | ● | ○ | |
| Decision Making: | ○ | ○ | ○ | ● | |
| Verbal Skills: | ○ | ○ | ● | ○ | |

MA 286

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Written Skills: | ○ | ○ | ● | ○ |
| Dealing with Challenges: | ○ | ○ | ○ | ● |
| Listening: | ○ | ○ | ● | ○ |

## Core Competencies (1 through 4)

Possible Score = 20
Link to Definitions

| Enter Core Competencies Below Examples | 1 | 2 | 3 | 4 | Core Comments: |
|---|---|---|---|---|---|
| Training Delivery Skills | ○ | ○ | ○ | ● | Nadine is a seasoned training professional and as a Senior Global Trainer does an exceptional job of training other countries. She sets an example for others in training in a changing culture. She is an ultimate professional with impressive technical skills. She is an asset to the Training team. |
| Adult Learning and Group Process Skills | ○ | ○ | ○ | ● | |
| Technical Skills | ○ | ○ | ○ | ● | |
| Instructional Design | ○ | ○ | ● | ○ | |
| Professionalism | ○ | ○ | ○ | ● | |

Employee Comments: (Please write any comments in the section below)

Manager Signature: _Colbert Nott_　　　Date: 4/4/16

Employee Signature: _Nadine Lee_　　　Date: 4/5/16

By signing this form, you confirm that you have discussed this review in detail with your supervisor. Signing does not necessarily indicate that you agree with this evaluation.

Old Salary: $64,905.36　　　New Salary: $67,177.05

Increase of $2,271.69

MA 287

# marketamerica.com
## Built on Product. Powered by People.

# Employee Performance Review

| Score | Level | Description |
|---|---|---|
| 4 | Exceptional | Demonstrates the highest standards of performance excellence and achievement of individual goals. |
| 3 | Exceeds Expectations | Exceeds most position requirements and expectations. Shows exceptional performance in some aspects of the position. |
| 2 | Meets Expectations | Meets most position requirements and expectations. Shows strong promise for future growth and higher attainment. |
| 1 | Needs Improvement | Does not meet most position requirements and expectations. Performance does not match the quality and quantity of peers. |

## Assigned

The person who is assigned will be able to view/edit the review. If you are in process of updating a review, assign it to yourself so that you can complete it. Once done assign the performance review to the person who should be able to see/review the evaluation.

Assigned to: Sherry Spesock; Liliana Camara;    Status: 1. Not Started

## Employee Information

Employee Name: Nadine Lee;    Supervisor / Reviewer: Liliana Camara;

Employee Title: Global Training Projects Manager    Supervisor Title: Global Training Manager

Employee ID: 1108    Supervisor ID: 4107

Review Year: 2016    Attachment: (optional) Click here to attach a file

## Performance (1 through 4)

Possible Score = 40
Link to Definitions

| Score | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Business Knowledge: | ○ | ○ | ○ | ● |
| Quality of Work: | ○ | ○ | ● | ○ |
| Organization: | ○ | ● | ○ | ○ |
| Execution: | ○ | ● | ○ | ○ |
| Initiative: | ○ | ● | ○ | ○ |
| Adaptability: | ○ | ● | ○ | ○ |
| Problem Solving: | ○ | ● | ○ | ○ |
| Productivity: | ○ | ● | ○ | ○ |
| Attendance & Punctuality: | ○ | ○ | ● | ○ |
| Work Ethic: | ○ | ○ | ● | ○ |

Performance Comments:

## Relationship Competencies (1 through 4)

Possible Score = 40
Link to Definitions

| Score | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Coworkers Interaction: | ○ | ○ | ● | ○ |
| Motivational Skills: | ○ | ● | ○ | ○ |
| Supervisor Interaction: | ○ | ● | ○ | ○ |
| Leadership: | ○ | ● | ○ | ○ |
| Customer Focus: | ○ | ○ | ● | ○ |
| Decision Making: | ○ | ● | ○ | ○ |
| Verbal Skills: | ○ | ● | ○ | ○ |

Relationship Comments:

MA 283

| | | | | |
|---|---|---|---|---|
| Written Skills: | ○ | ● | ○ | ○ |
| Dealing with Challenges: | ○ | ● | ○ | ○ |
| Listening: | ○ | ○ | ● | ○ |

Manager Comments: (Please write any comments in the section below)

_____
_____
_____
_____
_____
_____
_____
_____

Employee Comments: (Please write any comments in the section below)

_____
_____
_____
_____
_____
_____
_____
_____

Manager Signature: _[signature]_    Date: 4.13.2017

Employee Signature: _[signature]_    Date: 4/13/17

By signing this form, you confirm that you have discussed this review in detail with your supervisor. Signing does not necessarily indicate that you agree with this evaluation.

Old Salary: 1291.87 / 67177.24    New Salary: 1317.71 / 68520.92