Exhibit E

Market America Job Posting

[Back To Openings]



Share with friends or Subscribe!

# Senior Training Specialist

**Location:**　　Greensboro, NC

[START YOUR APPLICATION]

Job Description

Market America, a product brokerage and Internet marketing company that specializes in One-to-One Marketing, is seeking an experienced **Senior Training Specialist** to work in our Trainng department.

**Position Summary:**　The Sr. Training Specialist is responsible for facilitating technical (job-specific) skills and soft (interpersonal/people) skills, to new hires and existing employees and creating instructional design and development.

**Essential Duties and Responsibilities:**

- Serves as liaison with departments to remain current on technical processes, products, services and procedures
- Reviews existing training materials to ensure materials are up-to-date
- Conducts training needs analyses, as needed
- Monitors and manages classroom space database for effective classroom scheduling and usage
- Demonstrates the use of adult learning theories and presentation skills
- Researches and remains updated on industry training and development standards
- Creates new course content
- Designs presentations and creating job aids for products and processes
- Organizes and manages on-line documentation (shared drives) to ensure easy access to training materials
- Monitors departmental equipment and training supplies to ensure adequate inventory and orders inventory, as needed
- Tracks training attendance rosters and stores in appropriate files
- Collaborates and partners with the Training Team on technical and soft skills trainings, projects and teambuilding efforts
- Collaborates with Human Resources Team to ensure strong partnerships are built and maintained
- Collaborates with business partners across the organization
- Attends product and procedure walk-throughs, as needed
- Complies with company policies and procedures
- Performs other duties, as needed

**Supervisory Responsibilities:**

- None, but will train others

**Required Skills and Education:**

Case 1:18-cv-01046-WO-JLW　　Document 36-5　　Filed 06/04/21　　Page 2 of 8

- Bachelor's degree in Education, Training, Communications, Organizational Development or related field
- Fluent and proficient in oral and written communication skills and ability to demonstrate proficiency
- 2 – 3 years of experience in training and instructional design experience in a call center and/or corporate environment
- Strong working knowledge of adult learning theories and ability to apply and execute facilitation techniques
- Ability to demonstrate proficiency in the use of MS Office Suite, i.e., Word, PowerPoint, Excel, Outlook, Intranet, and Office Equipment
- Ability to travel, as needed

**Preferred Skills:**

- 3 - 5 years of experience in training and instructional design and development in a call center environment and/or corporate environment
- Training certifications, a plus, e.g., CPLP (Certified Professional in Learning and Performance), and, DiSC Profile, or other discipline certifications
- eLearning and intranet design experience is a plus
- Ability to influence without direct authority
- Experience in facilitating curriculum to managers and executive-level leaders
- Knowledge of instructional evaluation models and the ability to execute evaluation processes
- Bi-lingual is a plus (English, Spanish, Chinese/Mandarin, etc.)

**Working Conditions and Environment:**

- Intermittently lift and carry up to 20 pounds (training materials)
- Continuously see, sit, balance, grasp, and have repetitive use of arms, wrists, hands and fingers
- Intermittently stand, stoop, bend, twist, crouch, kneel, walk, squeeze and reach above shoulders
- Constant use of computer and/or mobile devices
- Exposure to electrical equipment, low to medium noise levels and mild temperatures of hot and cold
- Early mornings and/or late evenings, as needed

ABOUT MARKET AMERICA, INC. & SHOP.COM

Market America, Inc. is a product brokerage and Internet marketing company that specializes in One-to-One Marketing. Its mission is to provide a robust business system for entrepreneurs, while providing consumers a better way to shop. Headquartered in Greensboro, NC, the company was founded in 1992 by President and CEO JR Ridinger and has generated over $7.3 billion in accumulated sales. Market America employs over 800 people globally with operations in the United States, Canada, Taiwan, Hong Kong, Australia, Singapore, United Kingdom, Spain, and Mexico. Through the company's shopping website, SHOP.COM, consumers have access to over 50 million products, including Market America exclusive brands and thousands of top retail brands. By combining Market America's entrepreneurial business model with SHOP.COM's powerful comparative shopping engine, Cashback program, Hot Deals, ShopBuddy®, social shopping integration and countless other features, the company has become the ultimate online shopping destination.

More information is available at MarketAmerica.com (http://www.marketamerica.com).

SHOP.COM is a comparison shopping site designed to meet the shopping needs of the consumer and the business needs of merchants. Leveraging the features of our patented OneCart®, along with extensive partner marketplace integration, a robust Cashback program, and thousands of pages of unique shopping-centric editorial, SHOP.COM helps customers "Shop Smart, Save Big" across thousands of online stores. SHOP.COM also powers ShopCompanion® and The Shopping Vine® (http://theshoppingvine.com), a shopping blog network. For more information, please visit SHOP.COM (http://www.SHOP.com

START YOUR APPLICATION

*Applicant Tracking System Powered by* ClearCompany

[Back To Openings]    Share with friends or Subscribe! 

# Training Specialist

**Location:**    Greensboro, NC

[START YOUR APPLICATION]

Job Description

Market America, a product brokerage and Internet marketing company that specializes in One-to-One Marketing, is seeking an experienced Training Specialist to work in our Training Department.

**Position Summary:**  The Training Specialist is responsible for facilitating technical (job-specific) skills and soft (interpersonal/people) skills, to new hires and existing employees, participating in the creation of new course content, assisting with instructional design and development, designing presentations and assisting with the creation of job aids for products and processes.

**Essential Duties and Responsibilities:**

- Serves as liaison with departments to remain current on technical processes, products, services and procedures
- Reviews existing training materials to ensure materials are up-to-date
- Monitors classroom space database for effective classroom scheduling and usage
- Demonstrates the use of adult learning theories and presentation skills
- Assists with researching industry training and development standards
- Facilitates technical (job-specific) skills and soft (interpersonal/people) skills to new hires and existing employees
- Organizes and manages on-line documentation (shared drives) to ensure easy access to training materials
- Monitors departmental equipment and training supplies to ensure adequate inventory
- Tracks training attendance rosters and stores in appropriate files
- Collaborates and partners with the Training Team on technical and soft skills trainings, projects and teambuilding efforts
- Collaborates with Human Resources Team to ensure strong partnerships are built and maintained
- Attends product and procedure walk-throughs, as needed
- Complies with company policies and procedures
- Performs other duties, as needed

**Supervisory Responsibilities:**

- None, but will train others

**Required Skills and Education:**

- Bachelor's degree in Education, Training, Communications, or related field
- Fluent and proficient in oral and written communication skills and ability to demonstrate proficiency

- 2 – 3 years of experience in training and instructional design experience in a call center and/or corporate environment
- Strong working knowledge of adult learning theories and ability to apply and execute facilitation techniques
- Ability to demonstrate proficiency in the use of MS Office Suite, i.e., Word, PowerPoint, Excel, Outlook, Intranet, and Office Equipment
- Ability to travel, as needed
- Bi-lingual is a plus (English, Spanish, Chinese/Mandarin, etc.)
- Experience in facilitation of curriculum to Supervisor-level and below
- Knowledge of facilitation evaluation models

**Working Conditions and Environment:**

- Intermittently lift and carry up to 20 pounds (training materials)
- Continuously see, sit, balance, grasp, and have repetitive use of arms, wrists, hands and fingers
- Intermittently stand, stoop, bend, twist, crouch, kneel, walk, squeeze and reach above shoulders
- Constant use of computer and/or mobile devices
- Exposure to electrical equipment, low to medium noise levels and mild temperatures of hot and cold
- Early mornings and/or late evenings, as needed
  Market America is a equal opportunity employer.

ABOUT MARKET AMERICA, INC. & SHOP.COM

Market America, Inc. is a product brokerage and Internet marketing company that specializes in One-to-One Marketing. Its mission is to provide a robust business system for entrepreneurs, while providing consumers a better way to shop. Headquartered in Greensboro, NC, the company was founded in 1992 by President and CEO JR Ridinger and has generated over $7.3 billion in accumulated sales. Market America employs over 800 people globally with operations in the United States, Canada, Taiwan, Hong Kong, Australia, Singapore, United Kingdom, Spain, and Mexico. Through the company's shopping website, SHOP.COM, consumers have access to over 50 million products, including Market America exclusive brands and thousands of top retail brands. By combining Market America's entrepreneurial business model with SHOP.COM's powerful comparative shopping engine, Cashback program, Hot Deals, ShopBuddy®, social shopping integration and countless other features, the company has become the ultimate online shopping destination.

More information is available at MarketAmerica.com (http://www.marketamerica.com).

SHOP.COM is a comparison shopping site designed to meet the shopping needs of the consumer and the business needs of merchants. Leveraging the features of our patented OneCart®, along with extensive partner marketplace integration, a robust Cashback program, and thousands of pages of unique shopping-centric editorial, SHOP.COM helps customers "Shop Smart, Save Big" across thousands of online stores. SHOP.COM also powers ShopCompanion® and The Shopping Vine® (http://theshoppingvine.com), a shopping blog network. For more information, please visit SHOP.COM (http://www.SHOP.com

[START YOUR APPLICATION]

*Applicant Tracking System Powered by* ClearCompany



| | | | |
|---|---|---|---|
| Market America Inc | Events Coordinator | | |
| Market America Inc | Copywriter - Asia Markets | Greensboro | NC |
| Market America Inc | Translator - Mandarin | Greensboro | NC |
| Market America Inc | Senior Graphic Designer | Greensboro | NC |
| Market America Inc | Data Processing Representative | Greensboro | NC |
| Market America Inc | Front End Developer | Greensboro | NC |
| Market America Inc | Recruiter - Hospitality Service Staff | Greensboro | NC |
| Market America Inc | Project Manager | Greensboro | NC |
| Market America Inc | SQL Database Developer | Greensboro | NC |
| Market America Inc | Universe Engineer | Greensboro | NC |
| Market America Inc | Universe Systems Architect | Greensboro | NC |
| Market America Inc | Senior Email Marketing Manager | Greensboro | NC |
| Market America Inc | Web Analyst | Greensboro | NC |
| Market America Inc | Junior Interactive Designer | Greensboro | NC |
| Market America Inc | Mobile Applications Architect | Greensboro | NC |
| Market America Inc | Product Manager - US/CAN | Greensboro | NC |
| Market America Inc | Product Manager US/Canada | Greensboro | NC |
| Market America Inc | Product Information Specialist | Greensboro | NC |
| Market America Inc | Product Manager International | Greensboro | NC |
| Market America Inc | Research Specialist | Greensboro | NC |

