Exhibit G

Letter from Brandi Quinn



August 15, 2017

Dear Hui Lee,

On behalf of the Management Team of Market America, we want to thank you for the outstanding job you did at the 2017 International Convention. Thanks in great part to your efforts, the Convention ran very smoothly and was considered a Huge Success. We recognize it was a lot of long hours and hard work and you did an outstanding job in making this event a success.

To thank you for the contribution you made this year at convention, we are granting you two (2) additional days of PTO to be used before December 31, 2017.

Please make sure to give a copy of this letter to the person that keeps up with your PTO time as they need to record and track the days that you have been given.

Sincerely,

*Brandi Quinn*
Vice President of Operations

MA 280