Exhibit I

Chaffin Application

# marketamerica
Built on Product. Powered by People.

## APPLICATION FOR EMPLOYMENT

CONFIDENTIAL    Yes
12:30 - 9:00

(PLEASE PRINT)
Equal access to programs, services and employment is available to all persons. Those applicants requiring reasonable accommodation to the application and/or interview process should notify a representative of the Human Resources Department.

Position(s) applying for: **UnFranchise Services Representative**   Date of Application: **12/27/2016**

Name: (Last) **Chaffin**   (First) **Xiuman (Rose)**   (Middle) **L**

Address: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
STREET   CITY   STATE   ZIP CODE

Telephone # XXXXXXXXXXXX   Cell/Beeper/Other Phone # XXXXXXXXXXXXX

If you are under 18 and it is required, can you furnish a work permit?  ☐ Yes  ☒ No
Have you ever been employed by Market America before?  ☐ Yes  ☒ No

Do you have family members employed by Market America?  ☐ Yes  ☒ No   If yes, name and department _____

Are you a Market America distributor?  ☐ Yes  ☒ No
Are you legally eligible for employment in the US?  ☒ Yes  ☐ No   Date Available for Work **01/03/17**

Type of employment desired:  ☒ Full-time   ☐ Part-time   ☐ Temporary/Internship
Are you aware of the attendance requirements for this position?  ☒ Yes  ☐ No
Are you able to meet the attendance requirements of the position?  ☒ Yes  ☐ No

Have you been convicted of an offense against the law other than a minor traffic violation? (Do not include convictions that have been expunged)
☐ Yes  ☒ No
If yes, please explain _____

CONVICTION WILL NOT NECESSARILY BE A BAR TO EMPLOYMENT. EACH INSTANCE /EXPLANATION WILL BE CONSIDERED IN RELATION TO THE POSITION FOR WHICH YOU APPLY

## EMPLOYMENT HISTORY
THE FOLLOWING INFORMATION FOR YOUR PAST FOUR (4) EMPLOYERS/ASSIGNMENTS/VOLUNTEER ACTIVITIES, STARTING WITH THE **MOST RECENT**

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| Oct 2000 | Now | Kernersville Sister City Association | 336-996-3121 |
| JOB TITLE: Commission | | ADDRESS: Executive Conference Room, 134 East Mtn St, Kernersville | |
| IMMEDIATE SUPERVISOR/TITLE: Ernie Pages | | SUMMARIZE THE NATURE OF WORK PERFORMED/JOB RESPONSIBILITIES: To help Kernersville establish and maintain various Sister City relationships with towns and cities around the world | |
| REASON FOR LEAVING: I'm still on the board | | HOURLY RATE/SALARY  START $ 0  PER 0   FINAL $ 0  PER 0 | |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 08/2014 | 07/2016 | The North Carolina Leadership Academy | (336) 992-2710 |
| JOB TITLE: Chinese Teacher | | ADDRESS: 4353 High Point Rd Kernersville NC 27284 | |
| IMMEDIATE SUPERVISOR/TITLE: Renee Faenza | | SUMMARIZE THE NATURE OF WORK PERFORMED/JOB RESPONSIBILITIES: Teaching Chinese for the students from K-11 graders | |
| REASON FOR LEAVING: Contract is over | | HOURLY RATE/SALARY  START $ 12,400 school PER year   FINAL $ 25,000 PER school year (part time) | |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 08/2011 | 05/2014 | Sunshine Styles and More (Boutique) | (336) 749-5072 |
| JOB TITLE: Manager and Owner | | ADDRESS: 320 W. Mountain St Kernersville NC 27284 | |
| IMMEDIATE SUPERVISOR/TITLE: Myself | | SUMMARIZE THE NATURE OF WORK PERFORMED/JOB RESPONSIBILITIES: Managing the store, buying, selling and customer service | |
| REASON FOR LEAVING: I closed the store because my father was very sick | | HOURLY RATE/SALARY  START $ —  PER —   FINAL $ —  PER — | |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 09/2005 | 09/2009 | China Rose Restaurant | (336) 749-5072 |
| JOB TITLE: Manager and Owner | | ADDRESS: 810-I N. Main St. Kernersville NC 27284 | |
| IMMEDIATE SUPERVISOR/TITLE: Myself | | SUMMARIZE THE NATURE OF WORK PERFORMED/JOB RESPONSIBILITIES: Managing the restaurant and Customer Service | |
| REASON FOR LEAVING: For two children's education in China | | HOURLY RATE/SALARY  START $ —  PER —   FINAL $ —  PER — | |

MA-HR-F.006

MA 006
Revision: 11-22-13

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses, and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying. I have worked as a Cashier, Waitress, retail sale associate, retail store manager and Restaurant manager. I have great Customer service skills and I am a fast learner.

## EDUCATION BACKGROUND

| NAME AND LOCATION | DATES ATTENDED | DID YOU GRADUATE? | MAJOR/DEGREE EARNERD |
|---|---|---|---|
| HIGH SCHOOL/GED #4 Wenzhou High School | 09/1976 07/1979 | ☒ Yes ☐ No | diploma |
| COLLEGE Wenzhou Normal College 276 Xueyuan Middle Rd, Lucheng, Wenzhou | 09/1985 07/1988 | ☒ Yes ☐ No | English major, diploma |
| OTHER Forsyth Tech | | ☒ Yes ☐ No | Computer basic certification |

Highschool address: 130 Jiaoxiang Alley, Lucheng Qu, Wenzhou, Zhejiang, China

## PROFESSIONAL REFERENCES

| NAME | TELEPHONE | YEARS KNOWN |
|---|---|---|
| Maria Vollink | 336-817-615_ | 5+ years |
| Judy Mattison | 336-918-22__ | 18 years |
| Ray Smith | 336-992-031_ | 15 years |

I understand that if I am employed, any misrepresentation or material omission by me on this application will be sufficient cause for cancellation of this application or immediate discharge from the employer's service, whenever it is discovered.

I give the employer the right to contact and obtain information from all reference, employers, educational institutions and to otherwise verify the accuracy of the information contained in this application. I hereby release from liability the employer and its representative for seeking, gathering and using such information and all other persons, corporations or organizations for furnishing such information.

The employer does not unlawfully discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant from consideration for employment on a basis prohibited by local, state or federal law.

This application is current for only 60 days. At the conclusion of this time if I have not heard from the employer and still wish to be considered for employment, it will be necessary to fill out a new application.

If I am hired, I will be an employee at will under the laws of the state in which I am employed. As such, I understand that I am free to resign at any time with or without cause and without prior notice, and that the employer may terminate my employment at any time with or without cause and without prior notice, except as prohibited by law. This application does not constitute an agreement or contract for employment for any specified period or definite duration. I understand that no representative of the employer other than the Chief Executive Officer or Chief Operating Officer has the authority to make any assurances to the contrary. I further understand that any such assurances must be in writing and signed by the CEO or COO.

I understand it is this company's policy not to refuse to hire a qualified individual with a disability because of that person's need for a reasonable accommodation as required by the ADA.

I also understand that if I am hired, I will be required to provide proof of identity and legal work authorization.

I further understand that, if I am offered employment, such employment shall be subject to my passing both a pre-employment drug test and a pre-employment background check. If I fail to complete and pass either or both the drug test and/or background check to the satisfaction of employer, my offer of employment shall be immediately revoked by employer with no further notice or obligation on the part of employer.

I represent and warrant that I have read and fully understand the foregoing and seek employment under these conditions.

Signature of Application _Xiuman Chaffin_  Date 12/12/16

AN EQUAL OPPORTUNITY EMPLOYER