EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HUI MINN LEE, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>MARKET AMERICA, INC., )<br>)<br>        Defendant. ) | Case No. 1:18-cv-1046 |

**ORDER**

THIS CAUSE COMING ON TO BE HEARD before the undersigned Judge Presiding, upon motion of the Defendant to supplement the briefing on Summary Judgment. AND IT APPEARING TO THE COURT that the Motion is well taken and should be allowed;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED, that the Supplemental Memorandum In support of Defendant's Motion For Summary Judgment shall be included, added to and incorporated into its Memorandum of Law in Support of Summary Judgment, and Plaintiff shall have seven (7) days to respond to the specific issues raised in the Supplemental Memorandum. No replies will be considered.

    This the \_\_\_\_ day of _____, 2021.

_____