EXHIBIT 13

Nadine Lee Deposition
Supplemental Pages

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:18-cv-1046

HUI MINN LEE,

       Plaintiff,

  -vs-

MARKET AMERICA, INC.,

       Defendant.

_____

December 4, 2020

9:37 a.m.

- - - - - - - -

DEPOSITION

TAKEN VIA VIDEO TELECONFERENCE

OF

HUI MINN LEE

- - - - - - - -

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC   Tel: 336-379-1549
Greensboro, NC 27429   Reporting Service   Fax: 336-379-0191

1   7th, I believe.  And then I have a consequential
2   conversation with her on 12th.
3        Q    Did you record your conversation with Sherry
4   Spesock on the 7th of December of 2016?
5        A    No, I did not.
6        Q    Why not?
7        A    Because that's just a -- well, I didn't see
8   -- think there's a very, very serious issue that I
9   need to recall it.
10       Q    Tell me about your conversation then on
11  December 7th, 2016, with Sherry Spesock.  Why did you
12  initiate that conversation with Sherry?
13       A    Because I was on my P -- PTO.  I went in for
14  meeting early in the morning.  And, I believe, after
15  the meeting Liliana called me to her office.  That's
16  the first time I knew that she was moving into that
17  office.  And she told me she is my boss from now on
18  because the original arrangement was after Colbert
19  left, all of us that report to Colbert were report to
20  Sherry.  And when I come back, that's what I
21  understand.  And Colbert specific tell us, oh, this is
22  the arrangement when she left.  And then that day, I
23  -- I went into the office and being called by Liliana
24  into Colbert's office and informed this change, so I
25  didn't say anything.  I -- and she start talking about

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC    Tel:  336-379-1549
Greensboro, NC 27429      Reporting Service          Fax:  336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 39-1   Filed 06/08/21   Page 3 of 5

1  one of my job responsibility.  And she say she doesn't
2  like that.  She want me to share that with Henri.  I
3  didn't say much about it at the time because she just
4  inform me that she was my boss.  And I did not hear
5  from anybody else, so I went to talk to Sherry and
6  just to confirm if this is what happened.  And why am
7  I being demoted again since we were all report to
8  Colbert when she left.  Now I'm being demoted again
9  under Liliana.  And she say that, yes, this is what
10 happened.  Marc decide that.  And I share my concern.
11 I say why is that because my two -- well, it's,
12 basically, the same conversation with Colbert.
13      Q    Did your pay change when you started to
14 report to Liliana?
15      A    Did my what change?
16      Q    Did your -- did your money -- your income --
17 change when you started to report to Liliana?
18      A    No.
19      Q    Did your title change when you started to
20 report to Liliana as your manager?
21      A    No.
22      Q    Why did you -- did someone tell you that it
23 was a demotion to report to Liliana?
24      A    Well, to me it was because, you know, when
25 you report to a -- a director and now you do -- you

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC    Tel: 336-379-1549
Greensboro, NC 27429      Reporting Service          Fax: 336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 39-1   Filed 06/08/21   Page 4 of 5

```
 1   evaluation is Liliana, so I don't know who did that.
 2        Q    The recording we have, is that the complete
 3   conversation between you and Sherry Spesock from
 4   December 12, 2016?
 5        A    I believe so.
 6        Q    It's mentioned in -- I -- in, I think,
 7   several places that Sherry Spesock made a comment, if
 8   Spesock could survive a hostile environment, so could
 9   you.  Did that come from this conversation, on
10   December 12, 2016, with Sherry?
11        A    Yes.
12        Q    Okay.  So is it -- so it's within the
13   recording where she talks about Marty; is that right?
14        A    Correct.
15        Q    Okay.  All right.  That specific comment --
16        A    That's my take away.
17        Q    Okay.  So -- so the comment if Spesock could
18   survive a hostile environment, so could you is your
19   take away from your recorded conversation with Sherry
20   Spesock on December 12th?
21        A    And -- and she constantly tell me this
22   should work out this will work out, this will work
23   out.
24        Q    Okay.  I -- I just wanted to make -- I just
25   wanted to know where that kind of comment that I saw
```

Post Office Box 9781 CHERYL RAY & ASSOCIATES, LLC    Tel: 336-379-1549
Greensboro, NC 27429    Reporting Service    Fax: 336-379-0191

Case 1:18-cv-01046-WO-JLW   Document 39-1   Filed 06/08/21   Page 5 of 5