Claimant: LEE/HUI M  SSN: ▮▮▮▮▮  DD: April 11, 2018

**14. COMPLETE THIS SECTION IF YOU ARE A TEMPORARY EMPLOYMENT SERVICES EMPLOYER:**

☐ The individual is not separated, is eligible for suitable work assignments, but no suitable work assignments are currently available.

☐ Was claimant offered a new assignment? ☐ Yes ☐ No  If yes, did he/she accept? ☐ Yes ☐ No

If the questions above do not apply to this claimant, please respond to either Item 15 or 16.
Please provide the following information regarding work refused:

| Date offered | Type of work | Pay Rate: $ ☐HR ☐WK ☐MO ☐BI-WK ☐YR | Days | Hours | Distance to site | Reason refused Go to #17 |
|---|---|---|---|---|---|---|
| | | | | | | |

The following questions refer to the claimant's last assignment:
Employer name and location:

| Claimant's job: | First Day Worked: | Last day worked: |
|---|---|---|
| Pay rate: $ ☐HR ☐WK ☐MO ☐BI-WK ☐YR | Work hours: | Days worked: |

**15. COMPLETE THIS SECTION IF THE CLAIMANT QUIT.**

a. What reason did the claimant give for quitting? (If you need more space, continue in Item 17.)

b. Did claimant give prior notification of resignation? ☐ Yes ☐ No  If yes, please provide date:
If claimant gave notification was it: ☐ Oral ☐ Written (Please provide copy)

**16. COMPLETE THIS SECTION IF THE CLAIMANT WAS DISCHARGED.**

a. When you informed the claimant of the discharge, what reason did you provide?
Was this a policy violation? ☐ Yes ☐ No  If yes, please provide documented proof as necessary.

b. Was the claimant warned regarding this behavior? ☐ Yes ☐ No  Date(s) of warnings for this behavior?
The warning(s) was: ☐ Oral ☐ Written ☐ Both (Provide details regarding the nature of the warnings in Item 17. Attach documentation.)

c. Did the reason for discharge involve tardiness or attendance? ☐ Yes ☐ No  If yes, please provide the dates and reasons regarding incidents.

**17. COMPLETE THIS SECTION OR A SEPARATE SHEET FOR ADDITIONAL INFORMATION.**

Position Eliminated

Name of the individual to contact for additional information.  Contact Telephone Number (336) ▮▮▮▮▮

Signature: [signed]  Name Printed: Laura Westwood  Title: HR manager  Date Signed: 4/11/2018

Email address: lauraw@marketamerica.com  Fax number: ▮▮▮▮▮

NOTE: If the claimant is filing an initial claim and you are also a **base period employer**, you will receive, under separate mailing, Form NCUI 551L Notice of Unemployment Claim, Wages Reported and Potential Charges.

MA 358

NCUI-500AB Reverse (Rev 06/30/17)
F0234A