IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HUI MINN LEE,                    )
                                 )
         Plaintiff,              )
                                 )
vs.                              )     Case No. 1:18-cv-1046
                                 )
MARKET AMERICA, INC.,            )
                                 )
         Defendant.              )

## DEFENDANT MARKET AMERICA, INC.'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

COMES NOW Defendant, Market America, Inc., (hereinafter "Market America" or "MA"), who after first being duly sworn and pursuant to provisions of Rules 26 and 33 of the Federal Rules of Civil Procedure and hereby responds to the Plaintiff's First Set of Interrogatories and avers:

1. Please provide the name, address and telephone number of any individual the Defendant contends has knowledge of any facts raised in either the Amended Complaint or Answer to the Amended Complaint. Please describe with specificity what that person has knowledge of.

**ANSWER:**

**See Initial Disclosures.**

2. Please provide the name, address and telephone number of any witness you intend to offer, or who may be offered, to testify at the trial of this matter. Please describe with specificity the facts the Defendant believes that witness will offer testimony.

12) Please describe and state with specificity each and every reason for the Plaintiff's separation of employment.

ANSWER:

**Plaintiff was separated from her job for her repeated failure to work with her direct supervisor, perform tasks assigned to her, work with new software, adapt and change her work, failure to properly complete her training sessions as requested, and failure to be a team player.**

13) Please identify by job title each and every position that was open and available at the time of, or within three (3) months after, the Plaintiff's termination.

ANSWER:

OBJECTION. MA objects to this interrogatory as it is overly broad and not relevant. To provide all job openings not within Ms. Lee's skill set or location would not be relevant to this case.

**Without waiving the foregoing, the following positions were available during the time period requested:**

| | | |
|---|---|---|
| Project Manager | Social Media Community Manager | Product Information Specialist |
| Corporate Controller | Beauty and Cosmetics | Copy Writer - Asia Markets |
| Blog Manager | Mobile Applications Architect | 2nd Shift Accounts Representative |
| Blog Manager | Web Analyst | Accounts Service Rep Billingual Mandarin |
| Copywriter - Asia Markets | Intern(s) - Fall Semester | Business Analyst - Bilingual |
| Senior Accountant | Translator - Mandarin | Travel Concierge |
| TEST Recruiting Coordinator | Mobile Applications Architect | Purchasing Agent |
| Product Information Specialist | Recruiter - Hospitality Service Staff | Director of Field Compliance |
| Marketplace Operations Representative | Product Manager | Unauthorized Online Sales Specialist |
| Purchasing Agent | Beauty-Cosmetics | Unauthorized Online Sales Specialist |
| Social Media Community Manager | Travel Coordinator | Travel Coordinator |
| Brand and Web Manager | Events Manager | Senior Graphic Designer |
| Senior Accountant | Travel Consultant | Product Information Specilaist |
| Purchasing Agent | Product Manager International | Travel Consultant |
| Senior Accountant | | Vendor Account Specialist |
| | | Marketing Product Manager - Parenthood Lines |
| | | International Product Manager / Spain and Mexico |
| | | Copywriter |

| | | |
|---|---|---|
| Web and Brand Manager | Administrative Assistant - Creative Services | Product Information Specilaist |
| Marketplace Operations Representative | Administrative Assistant | Help Desk Administrator |
| Social Media Community Manager Health and Beauty | Research Specialist | IT Project Manager |
| | HR Manager | Marketing Product Manager Health and Nutrition |
| Help Desk Administrator | Social Media Community Manager Beauty and Cosmetics | QA Lead |
| Travel Coordinator | | Internet Services Product Manager |
| Business Analyst | Data Processing Representative | Corporate Counsel |
| Lead QA Engineer | Travel/Events | Director of Release Management |
| Social Media Community Manager | Administrative Assistant | Test Automation Engineer |
| Events Coordinator | Business Analyst | Product Information Specilaist |
| Events Coordinator | | Copywriter |
| Product Manager - US/CAN | | Accounts Services Representative |
| | | Purchasing Agent |
| | | Python Software Engineer |
| | |   Business Analyst |
| | |   JAVA Software Engineer |
| | |   Universe Engineer |
| | |   Internet Services Product Manager |
| | |   TLS Administrator |
| | |   Merchant Content Coordinator |
| | | Graphic Designer - Print |
| | | Unauthorized Online Sales Specialist |
| | | Benefits Specialist |
| | | SEO Program Manager |
| | | Copywriter |
| | | Merchandising Manager |

This the 13th day of October, 2020.

As to objections only:

_____
Camilla F. DeBoard
Attorney for Defendant
NC Bar No. 41265

OF COUNSEL:

Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
Telephone: (336) 272-4810
Facsimile: (336) 272-2448
E-mail: cfd@trslaw.com