IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:18-cv-1046

HUI MINN LEE,            )
    *Plaintiff*,        )
                            )
                            )
    vs.                  )        *Hui Minn Lee  Second Declaration*
                            )
                            )
MARKET AMERICA, INC.,    )
    *Defendant*.         )

I, Hui Minn Lee, declare under penalty of perjury pursuant to 28 USC §1746 as follows:

1.     My name is Hui Minn Lee, and I am over the age of eighteen (18) years. I am also known as "Nadine."

2.     I give this declaration freely and voluntarily, and I am mentally competent to attest to the facts stated herein.

3.     The statements herein are based on my personal knowledge, and are true to the best of my knowledge.

4.     In August, 2016, Lilianna Camara (Camara) was secretively promoted to a newly created position, Global Training Manager, by then supervisor, Colbert Trotter (Trotter), the Director of Training Department. Upon learning in early September, 2016 of Camara's promotion and learning that only *I* was required to report to Camara, I complained to Trotter about my demotion. In the meeting, I complained about the secrecy of the promotion process which stripped me of my right to be eligible for the newly created manager position based on my qualifications which included my long-term working experience, knowledge of the MPCP (Management Performance and Compensation Plan) business model and great contributions to

1

the company's business and profits. For example, Market America Taiwan which I helped set up in 2005 and 2006 and provided continuing supports ever since, makes up almost 50% of total revenue of the whole Market America company. In the beginning, Camara was hired to be my assistant. I trained and supervised Camara until Trotter decided she would directly assign training to Camara. During the September, 2016 meeting, I complained to Trotter that I was being discriminated against based on my race, national origin and age by secretively promoting Camara to the manager position and putting only me (not all employees in the Training Department) under Camara's supervision. During the meeting, I also complained to Trotter that Camara had always had a discriminatory animus toward Chinese including me, and Camara would negatively affect my employment if she were to become my manager. In response to my complaints and in an effort to decrease Camara's impact over me, Trotter agreed to retain supervisory authority over me and in the meantime promoted me to Global Training Project Manager.

5. Although Camara did not become my manager at that time, she constantly interfered with my work. From October, 2016 to December, 2016, she instructed Henri Hue (Hue),who was hired by and reported to Camara, to attend PMI (Product Management Information) meetings which was my sole responsibility as Global Project Training Manager. When Trotter announced her departure from Market America in early November 2016, the whole training department was asked to report to Sherry Spesock (Human Resource Director). I asked Trotter to hold a department meeting to clarify job responsibilities of each training department member with Trotter, I, Hue, Camara and Cherri Walston (Walston) present.

6. As Camara's attitude continued to negatively impact me, on December 7, 2016, I went back to my office for a Market Malaysia Opening Support Meeting during my PTO. Camara saw

me and asked me to come into Trotter's office. In that meeting, Camara informed me that she had been promoted to head of the Training Department. During the meeting, Camara expressed her dislike of my working attitude and stating that my bad working attitude was due to my culture. Also, Camara wanted me to give my corporate MPCP project to Hue because Hue, a young African male, could use this project as a platform to build up his network and enhance his career in the company. Camara also mentioned that she was not satisfied with how I had handled MPCP Training in the past. I responded to Camara that I did not agree with her comments because Camara had never been involved with MPCP, but I was willing to accommodate Camara's suggestions. I also told Camara I was willing to share MPCP responsibilities with Hue as long as he was willing to learn MPCP Training first and become qualified (Hue had been on job for only eleven months and had no experience with MPCP at all). MPCP is the most important business program in Market America, and the corporate MPCP Training is designed for upper management new hires and existing management team's refreshment class. I initiated, developed and taught the program for the past sixteen (16) years. To be qualified for such high-level training it demands a total understanding of company business model and policies, and requires the qualification of a senior trainer with long term experience with company.

      On approximately December 8, 2016, I decided to report and complain about Camara's demands and harassing conduct to Spesock. I informed Spesock that I believed Camara had created a hostile work environment in retaliation for my concerns about reporting to Camara when Camara was promoted in August, 2016. In this meeting, I first complained that Market America didn't provide equal opportunity for me to apply for the Head of Training position. I also complained to Spesock that Camara discriminated against me because of my race, national origin and age by demanding that I give up my major job responsibility to a young African junior

trainer and attacking my culture. I asked Spesock for help to get out of such a hostile working environment just like I asked Trotter to help out. I asked the possibility of not having to report to Camara as a remedy; but the answer was "No," because it was Marc Ashley's decision. Spesock also promised that she would talk to Camara to resolve my complaint of discrimination but I would still have to report to Camara. After the meeting with Spesock, I returned to my office and saw Camara in her office. I told Camara what I did with Spesock the day before, and informed her that Spesock would talk to her about my concerns. To my surprise, Camara became furious and began attacking me. Camara said that based on her observation as a colleague in the past three years, I was an imposer because I dictated the MPCP program; I never listened to my former bosses; I dumped work on her; I was never a team player and she would never tolerate this behavior under her management. I responded to Camara that if I were not a team player and had always resisted my former boss's requests, I wouldn't have been able to survive so many managers and become one of the longest working employees in the department and in the company, and the truth was exactly the opposite of Camara's accusations. Camara then replied that the problem was my culture and that I couldn't recognize my own problems; and, that the cultural difference between us made it hard for her to work with me. Finally, despite the comments from Camara, I offered to have an opportunity to work with her and hoped Camara would forget about all the prior things and start over.

    It was the toughest time in my life after such turmoil. I was on vacation and my future boss had a racial attitude of animus toward me. I was worried that I wouldn't survive under Camara. After thorough thinking, I decided that I had to officially report the conversation I had with Camara to Spesock per Market America's discrimination policies. On December 12, 2016, I reported the incident to Spesock. I complained to Spesock that Camara verbally attacked me

personally and also my culture. Camara harassed me based on my race. I also brought my concerns to Spesock that Camara wouldn't allow me to survive in the department. In the meeting, Spesock promised to address the reported discrimination and kept saying the problems would be resolved. Spesock advised me to tolerate the hostile and harassing attitude of Camara's. At the same time, Spesock scheduled a meeting for January 3, 2017 for herself, me and Camara to resolve the complaints brought up by me.

7. Camara brought Hue to the January 3, 2017 meeting. In that meeting, the conclusions were that I and Hue would continue our work as outlined in the previous job responsibility meeting set-up by Trotter in November, 2016. More specifically, I would train Hue the MPCP training if he wanted to learn; I would provide MPCP materials to Hue to upload to Confluence; and Hue was solely responsibility for Unfranchise Service (UFS) new-hire training and Confluence Projects.

8. From January to September in 2017, I had provided the following trainings:

    1) MPCP series: 5 times
    2) Certified trainer class: 2 times
    3) Mandarin how to provide Customer Service Training
    4) 3rd shift Mandarin refresh training
    5) 3rd shift Mandarin UFS Training 6 weeks
    6) UK new hire training: 2 times 4 weeks
    7) TW, HK, SG training 4 weeks
    8) PIM (Product Information Management) New PM: 4-5 times
    9) PIM refresh: 20+ PM
    10) NEO each month
    11) TW, HK, SG: New UFMS report Training
    12) DMC training
    13) Mandarin Advance commission Training
    14) Mandarin Data Collection Training
    15) Malaysia Call Center Opening Training
    16) Malaysia Country Manager training
    17) Malaysia UF Services Manager Training
    18) PR Director MA business Training
    19) Mandarin Translator Training 2 times
    20) Support and Answer Questions for Asia Markets

21) When let go: On going Mandarin Advance commission Training and UK training, MPCP was scheduled.

9. Market America has argued in their summary judgment brief that my termination is legitimate because I didn't perform my job to their expectation, but they couldn't provide any substantive evidence. The truth is that I not only met MA's expectations but also exceeded them. All the justifications to terminate me are totally false statements without evidence to support them and are fabricated after I initiated the lawsuit. The October 5, 2017 discharge/position elimination occurred because I was told by Spesock and Camara that my Chinese-speaking talent was no longer needed in the training department. That was why I was asking Spesock to help me find a bilingual position in another department within the company.

10. The elimination of my Global Training Project Manager title and position was already decided in early 2017, right after my complaint of discrimination to Spesock in December, 2016, and I believe the decision was made between January and February, 2017. In early months of 2017, Spesock and Camara decided to eliminate my manager title and my position after they found a Chinese-speaking employee and trained the person to become a Chinese-speaking training specialist. They identified Rose Chaffin ("Rose"), who applied to the Unfranchise Services Department (UFS) as a first-shift Chinese-speaking customer service representative in December, 2016. Rose reported to work in February, 2017 with the rest of third-shift Chinese-speaking UFS new hires. Rose was requested by Camara to attend my training class which was specifically created under the demand of Camara for the third-shift Chinese-speaking UFS department new hires. In the meantime, Hue conducted the first shift UFS new-hire training. Rose primarily attended Hue's class because she was first-shift and bilingual. My class started on February 23 and ended on March 30, 2017.

11.     The Unfranchise Services Department(UFS) third-shift Chinese-speaking new-hire training was created at that time only because all new hires can't speak English at all according to Camara's explanation; and I had to teach the class because I was the only Chinese-speaking trainer in the training department. Market America argues that there were seven trainees in my class with improper training which caused tremendous damage to company and I was terminated for that reason. The facts are there were only three trainees attending the 2017 February/March class and all are bilingual, including Rose Chaffin. (Exhibit L, MA574 - MA578).  The weird things were that Rose showed up in my class occasionally. She was not a regular trainee in my class. She attended Hue's class at a different time of the day. I believe she just came to my class to learn  my teaching skills and to get my training materials for her future training uses. She had no prior experience with Market America's UFS department but she could inexplicably judge that my training was insufficient and incomplete according Camara.

12.     My 2016/2017 Job Performance Evaluation was undertaken on April 13, 2017 by Spesock which was a one-on-one interview. The third shift UFS Chinese-speaking training was just finished in March (five-week training not four). It is unimaginable that Spesock, who had just had a meeting with Camara and Brandi Foster regarding my training performance didn't even mention it during the performance evaluation interview.

13.     The second Chinese-speaking new-hire training requested by Camara which was to be held on July, 2017 was another setup by Camara. The only trainee could speak 50% of English, which is very high among Chinese-speaking employees in Market America. Camara lied again about trainee's English capability, so she could force me to conduct extra training. It was very odd that after they claimed that I had a bad training attitude and they were going to use that as a reason to terminate me, they were still asking me to train. ( Exhibit C, Camara depo. @ p. 38,

line 15- p. 42, line 10). They were not afraid that my training capability had already caused damage to company. In fact and to the opposite, Camara praised me for the team work when she asked me to do the second training again in her email. (Exhibit M, Email and Memo, MA071 – MA073).

14. The Confluence Software was not released until June 2017. Camara never asked me to get involved with the program. Camara was very hostile to me and she never really talked to me in 2017.

15. When I was discharged, the training department had five employees which consisted of two Black, two Hispanic (including Camara), and myself (Chines-speaking Taiwanese). The trainings requested and done by me for domestic and international training were always more than 50% of the total training load of the training department. Market America makes the majority of its revenues from Chinese-speaking associates domestically and internationally, and accordingly hires majority of its UFS customer services representatives who speak Chinese, and they all trained through me. I alone took care of the biggest market, Market Taiwan, which I alone set up in 2005 and 2006, and Market Taiwan makes up almost 50% of total revenues. When I was discharged on October 5, 2017, I was the oldest employee in the Training Department and HR Department with the longest employment history with Market America.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The declarant further sayth not.

I declare under penalty of perjury that the foregoing is true and correct.

This the 2nd day of February, 2022.

_____
Hui Minn "Nadine" Lee

9

# Exhibit L

# Night Shift Trainees (trained by Lee)

## Zach Yarbrough

| | |
|---|---|
| From: | Marc Ashley2 |
| Sent: | Thursday, January 26, 2017 7:28 AM |
| To: | Zach Yarbrough |
| Cc: | Mary Obi-Rapu; Sherry Spesock; Laura Westwood |
| Subject: | RE: Offers for Approval: Account Services Representatives A253, A257, A271, A275, A854 |

Approved.
Pls let Liliana know so her and her team get ready for the training.
Thanks

Marc Ashley
President and Chief Operating Officer



marketamerica | SHOP•COM

USA | Canada | Australia | Taiwan | Hong Kong | United Kingdom | Mexico | Singapore | Spain

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. Any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please contact the sender and delete the material from your computer.

From: Zach Yarbrough
Sent: Wednesday, January 25, 2017 11:46 AM
To: Marc Ashley2 <MarcA2@marketamerica.com>
Cc: Mary Obi-Rapu <maryo@marketamerica.com>; Sherry Spesock <sherrys@marketamerica.com>; Laura Westwood <lauraw@marketamerica.com>
Subject: Offers for Approval: Account Services Representatives A253, A257, A271, A275, A854

Hi Marc,

Please review and provide your approval if you are in full agreement with the terms of the attached offers (x5).



| Candidate: | |
|---|---|
| Position: | Account Services Representative A257 |
| Department: | UnFranchise Services – 10 |
| Reports to: | Mary Obi-Rapu |
| New or Replacement: | |
| Salary: | ▇▇▇ (NIGHT SHIFT) |
| Moving Expenses: | N/A |
| Special Conditions: | N/A |
| Replaces Offer: | N/A |
| Source: | |
| Comments: | |

| Candidate: | |
|---|---|
| Position: | Account Services Representative A275 |
| Department: | UnFranchise Services – 10 |
| Reports to: | Mary Obi-Rapu |
| New or Replacement: | |
| Salary: | ▇▇▇ (NIGHT SHIFT) |
| Moving Expenses: | N/A |
| Special Conditions: | N/A |
| Replaces Offer: | N/A |
| Source: | |
| Comments: | |

| Candidate: | ███████ |
|---|---|
| Position: | Account Services Representative A854 |
| Department: | UnFranchise Services – 10 |
| Reports to: | Mary Obi-Rapu |
| New or Replacement: | ███████ |
| Salary: | ███ (NIGHT SHIFT) |
| Moving Expenses: | N/A |
| Special Conditions: | N/A |
| Replaces Offer: | N/A |
| Source: | ███████ |
| Comments: | |

Thank you ,

Zachary Yarbrough, PHR
Senior Recruiter



marketamerica | SHOP•COM™

USA I Canada I Australia I Taiwan I Hong Kong I United Kingdom I Mexico I Singapore | Spain

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. Any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please contact the sender and delete the material from your computer.

# Exhibit M

# Email Requesting Lee to Train New Hires

## FW: UFS New hire training

Liliana Camara
Thu 6/22/2017 9:50 AM
To: Sherry Spesock <sherrys@marketamerica.com>

FYI... Interesting

**Liliana Cámara**
Global Training Manager
Direct 336-389-6786
Fax: 336-605-0041
Email lilianac@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM

USA | Canada | Australia | Taiwan | Hong Kong | United Kingdom | Mexico | Singapore | Spain

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. Any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please contact the sender and delete the material from your computer.

**From:** Brandi Foster
**Sent:** Thursday, June 22, 2017 9:23 AM
**To:** Liliana Camara <lilianac@marketamerica.com>
**Subject:** RE: UFS New hire training

Good morning,
As an FYI – Nadine spoke with me yesterday morning. She stated that she will be very busy during the month of July preparing for her Malaysia trip and would only be available for 2 hours per day for the "book training." Any system training she asked for my help in that I find a resource within my department to teach the new employee.

I told her that we would work it out with my department. She stated that she hadn't had a chance to review this with you just yet, but I thought you'd like to know.

Let me know if you have any questions/concerns regarding.

Thank you,

**Brandi M. Foster**
Global Director | Account Services
Direct: (336) 478-4106
Email: brandif@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM

USA | Canada | Australia | Taiwan | Hong Kong | United Kingdom | Mexico | Singapore | Spain

MA 071

**From:** Liliana Camara
**Sent:** Tuesday, June 20, 2017 6:01 PM
**To:** Brandi Foster <brandif@marketamerica.com>; Nadine Lee <NadineL@marketamerica.com>
**Subject:** UFS New hire training

Nadine,

UnFranchise Services will be interviewing a potential candidate for the Mandarin team on Friday, June 23rd. If the interview goes well and we extend him an offer, we are going to need your support for training as this person does not speak English at all, thus won't be able to attend Henri's training class.

With this in mind, the idea is that if all goes well, we'll also try to get him on board as soon as possible (may be as soon as July 3rd) so we can do the training during the month of July, before Convention and potentially Malaysia.

Brandi,

I'll be out on PTO from June 23rd to July 4th so please reach out to Nadine as soon as you have any updates on the result of this interview so you can coordinate the training schedule with her.

As always, thank you both for all your effort and team work!

**Liliana Cámara**
Global Training Manager
Direct 336-389-6786
Fax: 336-605-0041
Email lilianac@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM

USA I Canada I Australia I Taiwan I Hong Kong I United Kingdom I Mexico I Singapore | Spain

*Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. Any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please contact the sender and delete the material from your computer.*

# Terri Cox

**From:** Nadine Lee
**Sent:** Wednesday, July 5, 2017 2:31 PM
**To:** Brandi Foster; Henri Hue
**Subject:** RE: New Employee - Li Cox (Mandarin Speaking)

That is great; she should be fine in Henri's class.

Nadine

**From:** Brandi Foster
**Sent:** Wednesday, July 5, 2017 2:26 PM
**To:** Nadine Lee <NadineL@marketamerica.com>; Henri Hue <HenriH@marketamerica.com>
**Subject:** New Employee - Li Cox (Mandarin Speaking)

Hi,
Just an FYI – I spoke with Rose who confirmed that Li Cox speaks/understands 50% of the English language. She comes from the restaurant industry so interacting with English speaking customers she's accustomed to ☺

Thank you,

Brandi M. Foster
Global Director | Account Services
Direct: (336) 478-4106
Email: brandif@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM

USA I Canada I Australia I Taiwan I Hong Kong I United Kingdom I Mexico I Singapore | Spain

# Terri Cox

**From:** Liliana Camara
**Sent:** Tuesday, August 1, 2017 9:47 AM
**To:** Nadine Lee
**Subject:** RE: Quick question

Thanks!

Liliana Cámara
Global Training Manager
Direct 336-389-6786
Fax: 336-605-0041
Email  lilianac@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM™

USA | Canada | Australia | Taiwan | Hong Kong | United Kingdom | Mexico | Singapore | Spain

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. Any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please contact the sender and delete the material from your computer.

**From:** Nadine Lee
**Sent:** Tuesday, August 01, 2017 9:46 AM
**To:** Liliana Camara <lilianac@marketamerica.com>
**Subject:** RE: Quick question

I am planning to have a class starting in the last week of August or the first week of Sep.

Nadine

**From:** Liliana Camara
**Sent:** Tuesday, August 1, 2017 9:44 AM
**To:** Nadine Lee <NadineL@marketamerica.com>
**Subject:** Quick question

Nadine,

Do you have a date for the next MPCP class?

Liliana Cámara
Global Training Manager
Direct 336-389-6786
Fax: 336-605-0041
Email  lilianac@marketamerica.com
1302 Pleasant Ridge Rd | Greensboro, NC 27409

marketamerica | SHOP•COM™

USA I Canada I Australia I Taiwan I Hong Kong I United Kingdom I Mexico I Singapore | Spain

*Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. Any dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail. If you have received this e-mail in error, please contact the sender and delete the material from your computer.*