IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:18-cv-1046

HUI MINN LEE,
*Plaintiff*,

vs().                                             *Notice of Appeal*

MARKET AMERICA, INC.,
*Defendant*.

Notice is hereby given that Plaintiff, Hui Minn Lee, pro se, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment in this action and from the order of this Court on the 16th day of February, 2022.

This the 17th of March, 2022

Hui Minn Lee, Pro Se
910 Jefferson Rd
Greensboro, NC 27410
336-907-6509
Email: ken_lieu@yahoo.com

## Certificate of Service

This is to certify that a copy of Plaintiff's **Notice of Appeal** has been filed manually with the Clerk of Court. A hard copy will be mailed USPS first class and an electronic copy will be sent by CM/ECM to the Counsel with the following address.

Camilla F. Deboard
Attorney for Market America
Teague Rotenstreich Stanaland Fox and Holt. PLLC
Post Office Box 1898
Greensboro, NC 27402-1898
336-272-4820
Email: cfd@trslaw.com

This the 17th of March, 2022

Hui Minn Lee, Pro Se
910 Jefferson Rd
Greensboro, NC 27410
336-907-6509
Email: ken_lieu@yahoo.com