FILED: March 18, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1297
(1:18-cv-01046-WO-JLW)

_____

HUI MINN LEE

    Plaintiff - Appellant

v.

MARKET AMERICA, INC.

    Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:18-cv-01046-WO-JLW |
| Date notice of appeal filed in originating court: | 03/17/2022 |
| Appellant(s) | Hui Minn Lee |
| Appellate Case Number | 22-1297 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |